IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 DEC 19  PM 12:43

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

hong wang
(Enter Above the Name of the Plaintiff in this Action)

vs.

President Obama and vice president Joe Biden
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

John Kerry and State Department

Loretta Lynch and Department of Justice

James Comey and FBI

Jeh Johnson and Homeland Security (more in attached)

2:16CV1182
Judge Watson
MAGISTRATE JUDGE DEAVERS

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Hong Wang
Name - Full Name Please - PRINT

3505 prestwick CT
Street Address

Columbus OH 43220
City, State and Zip Code

614-813-0892
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Barack Obama,**
   Name - Full Name Please
   The White House 1600 Pennsylvania Avenue NW Washington, DC 20500
   Address: Street, City, State and Zip Code

2. **Joe Biden**
   The White House 1600 Pennsylvania Avenue NW Washington, DC 20500

3. **Loretta Lynch and Department of Justice**
   950 Pennsylvania Avenue, NW Washington, DC 20530-0001

4. **James Comey and FBI**
   935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001

5. **Jeh Charles Johnson and Homeland Security,**
   The Honorable Jeh Johnson Secretary of Homeland Security Washington, D.C. 20528

6. **John O. Brennan and CIA,**
   Central Intelligence Agency Office of Public Affairs Washington, D.C. 20505

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

- [x] Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

- [x] Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

- [ ] Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

- [ ] Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

Additional Defendants:

7.

John Kerry and State Department,

2201 C Street, NW. Washington, DC 20520

8.

The Securities and Exchange Commission (SEC)

100 F Street, NE

Washington, DC 20549

9.

Reince Priebus

310 First Street SE, Washington, DC 20003

10.

Paul Ryan, house speaker

1233 Longworth House Office Building,

Washington, DC  20515-4901

11. Sen. Mitch McConnell, senator leader

317 Russell Senate Office Building,

Washington, DC 20510

12. Mike Pence , Governor of Indiana, vice president elect.

Office of the Governor

Statehouse

200 W Washington St,

Indianapolis, IN 46204

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1. Plaintiff is an individual, a resident of Columbus, Ohio, USA

2. Plaintiff delivered request to defendants on investigation related two major presidential candidates:

Donald Trump and Hillary Clinton : Details are (attached documents)

A: Accessory to Murder investigation on Hillary Clinton and State Department

B: Original letter to Donald Trump on the morning Corey Lewandowski fired related to national security

C: FYI Hate Crime of Donald Trump against Muslim

D: National Security of Trump and his Daughter best Friend Wendi Deng, a top Chinese Spy

Investigation on QiaoWai, US Immigration Fund which related to Trump NJ Tower

Rich Chinese EB5 urgent approved due Hurricane Sandy with support of Debbie Wasserman and Obama

Dates defendants received

Barack Obama and Joe Biden, Oct 12, USPS tracking number 95055163212462790411187 and 95055152295362790025352

Loretta Lynch and Department of Justice, Oct 7, USPS tracking number 9505515229536277023985

James Comey and FBI Oct 7, USPS tracking number 9505515229536277024029

Jeh Charles Johnson and Homeland Security, Oct 5, USPS tracking number 9505515229536277023992

John O. Brennan and CIA, Oct 7, USPS tracking number 9505515229536277023978

John Kerry and State Department, Oct 6, USPS tracking number 9505515229536277024005

The Securities and Exchange Commission, email reported on 9/2, SEC confirmed on 9/8

Reince Priebus, emailed 9/18, hard copy delivered on Oct11, USPS tracking number 9505516321236282028831

Paul Ryan, Plaintiff visited his office and delivered hard copy to his staff on Oct 7

Sen. Mitch McConnell, Plaintiff visited his office and delivered hard copy to his staff on Oct. 7

Mike Pence, Oct 7, USPS tracking number 9505515229536279025376

3. On Dec.18, Plaintiff got a letter from defendant Department of Justice, Dated Dec 13

without any detail information that Plaintiff requested:

(additional statements in attached paper )

A: Whether Clinton and State Department knew Genocide in China and hide the information submitted by wang lijun to US Embassy in China in 2012

NTDTV recently interviewed Gary Locke before presidential voting and asked whether Wang lijun submitted documents have organ harvesting related information, Ambassador Locke: "I am not at lib… I cannot say .. I am not going to confirm whether or not there were such documents." Why he cannot confirm? He can say NO if those documents not exist!!!!! **Up to 1.5 million organ transplants may have taken place in China since 2000**, mostly harvested from Falun Gong prisoners of conscience, report says.  (See attached documents)

B:  Defendant Department of Justice did not explain why Donald Trump action to Muslim through entire election did not violate Hate Crime of US Law

C: Defendant Department of Justice did not explain, based on report, why Donald Trump NJ tower Rich Chinese EB5 urgent approved due to Hurricane Sandy with support of Obama did not violate any US law.

D: Plaintiff did not receive any response from any other defendants, especially on the national security issue with Donald Trump, his daughter Ivanka Trump best friend Wendi Deng, a top Chinese Spy.  Plaintiff witness Donald Trump used a very similar method as Chairman Mao got the power in China in 1949. It is called "using the rural areas to encircle the cities" using cheating, hate, etc.  Thus Plaintiff think Chinese Communist Party interfere with US election by using Wendi Deng as spy. See attached newspaper Nine Commentaries on the communist Party.

E: Plaintiff thus cannot and did not vote. It violated plaintiff's right given by constitution and federal law.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| | | vs. | |
| | | vs. | |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want court to order defendants with defendants Obama, Biden, Ryan, McConnell etc cooperated and monitor

1. Defendant John Kerry and State Department release information submitted by Wang Lijun to US Embassy / State Department in China in 2012, especially on organ harvesting Genocide part.

2. Defendant Loretta Lynch and Department of Justice explain why Donald Trump action to Muslim through entire election did not violate Hate Crime of US Law

3. Defendant Loretta Lynch and Department of Justice, Jeh Johnson and homeland Security explain why Donald Trump NJ tower Rich Chinese EB5 urgent approved due to Hurricane Sandy with support of Obama and Debbie Wasserman did not violate US law.

4. Defendants CIA, FBI and Homeland Security release information on investigation of Wendi Deng including her cheating on getting green card and top Chinese Spy report, and why Corey Lewandowski was fired on the morning I report to Trump about Wendi Deng spy issue.

5. Defendant James Comey and FBI release Hillary Clinton e-mail with China in 2012.

6. Defendant SEC release investigation on Trump NJ tower agents QiaoWai and US immigration fund

I state under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of December, 20 16.

_Hong Wang_
Signature of Plaintiff