

**U.S. Department of Justice**

_Washington, D.C. 20530_

December 13, 2016

Hong Wang
3505 Preswick Ct.
Columbus, OH 43220-5060

Dear Friend:

Thank you for your recent letter to the Attorney General.   We reviewed the information you provided and it appears that this matter does not involve Federal law and/or the Department of Justice.   Accordingly, we are returning your correspondence to you.  If you need to pursue the matter, we suggest that you consult a private attorney to determine what legal avenues are open to you.

Sincerely,

Mail Referral Unit
Department of Justice

Enclosure
Incoming Letter

Dear Honorable Loretta E. Lynch, Attorney General of the United States

My name is hong,  I am a resident at Columbus , Ohio.

I am writing to you to report important information regarding current two presidential candidates.  Those information has been reported to Trump,  Clinton, all state and federal Congress ( Senators and Representatives) , President Obama, president Bush, State Department, Department of Justice, FBI, SEC, USCIS ,  Homeland Security, GOP  Chairman Reince Priebus, New York Governor  Andrew Cuomo ( through web contact form) , Indiana Governor Mike Pence ( through web contact form) , Ohio Governor John Kaisch,  Supreme Court and Ohio Supreme Court Justices, Ohio and New York Attorney Generals, GAO, etc.

Please see details included emails titled:

1. Accessory to Murder investigation on Hillary Clinton and State Department ( I believe it also related to Clinton emails with China using her own server)
2. Original letter to Trump on the morning Corey Lewandowski fired ( Corey should be a potential witness ) Please help investigate: Your daughter Ivaka Trump's best friend , Wendi Deng: ex-wife of Rupert Murdoch, is a Chinese Top level spy (The general political department), I am very concerned of what is the real reason that Trump fired Corey and whether it is related to my letter to him !
3. FYI Hate Crime of Donald Trump against Muslim
4. National Security of Trump and his Daughter best Friend Wendi Deng top Spy Fwd: More information about QiaoWai, US Immigration Fund also report Wendi Deng to homeland Security

I understand it took time for government to process, but it has been about several weeks now, and they are presidential candidates for USA.  Due to time constraint and severity of those issues, I decide to write to you to report those several problems which related to criminal investigation and national security.

Thank you so much for protect US constitution, law, and freedom.

Sincerely

*Hong Wg*

Hong Wang

3505 prestwick CT

Columbus OH 43220

Dear  ALL

Please help, USA is in 911!! Trump NJ tower Rich Chinese EB5 urgent approved due to Hurricane Sandy with support of Obama and Ivaka trump best friend Wendi Deng, a top Chinese Spy!

All Congress (both senators and house representatives) and President, Governors etc. got the below hard copy package but keep silent or lie.  They are not doing their job at all.  I would like to let you know since both Clinton and Trump are not qualified presidential candidates! Washington DC blocked the truth and this is not a fair election since when all US citizen vote, they do not know the truth!  This is vote fraud.

Iavaka Trump's best friend Wendi Deng a top Chinese spy.  This is national security!!!  Do you know how Chairman Mao got the power in China? It is called "using the rural areas to encircle the cities" using cheating, hate, etc. Sounds familiar?!  A lot of people be cheated by CCP, and they helped CCP as well, none of them got any good result, if know China history and Chinese culture revolution.  Here is a reference book

Nine Commentaries on the Communist Party

http://www.theepochtimes.com/ n3/3942-nine-commentaries-on- the-communist-party-introduction/

I am contacting each state election division, state secretary and electors to report this issue. _and new transition members_

Thanks for protect USA!

Hong

3505 prestwick CT

Columbus OH 43220

Dear Honorable Legislative

My name is hong, I am a resident at Columbus , Ohio. I visited DC on 10/7 and Dropped Speaker Ryan and several other congress a hard copy. I am not sure whether this is related to his decision on Trump. Due to FBI reopen Clinton email case, I would like to let all of you know this.

I am writing to you to report important information regarding current two presidential candidates. Those information has been reported to Trump, Clinton, majority state and federal Congress ( Senators and Representatives) , President Obama, vice president Joe Biden, president Bush, John Kerry and State Department, Attorney General and Department of Justice, James Comey and FBI, SEC director , USCIS , Jeh Charles Johnson and Homeland Security, GOP Chairman Reince Priebus and Ohio GOP chairman Matt Borges, New York Governor Andrew Cuomo, Indiana Governor Mike Pence, Ohio Governor John Kaisch, Supreme Court and Ohio Supreme Court Justices, Ohio and New York Attorney Generals, Comptroller General and GAO, John O. Brennan and CIA, etc, ( All got hard copy now except president Bush that I will mail today).

Due to several of my priority mails delayed, I also visited Washington DC on 10/7/2016, talked and delivered hard copy to GAO Comptroller, Congress, including Senator McConnell, Mccain, Portman, Brown, Flake, Rubio, Kirk, Reid, Ayotte, Toomey, Graham, Cruz, Lee, Sanders, Kaine, Lee, Congressman house speaker Ryan, McCarthy, Scalise, my representative Stivers, CECC Chairman Smith, etc. Also several committees at least Armed Services and Homeland Security for both house and Senator, Army, Navy liaisons etc got the hard copy package. I also mailed hard copy to Representatives Louie Gohmert , Mia Love, Billy Long, Trent Franks, Martha Roby, Greg Walden, Scott Rigell, Charlie Dent, Dana Rohrabacher, Rob Bishop, Chris Stewart, Jason Chaffetz with priority express mails. Based on USPS tracking, they were all delayed but finally all delivered to Congress mail room, signed by R.Willams on Oct 14. I attached a receipt as an example.

In addition, Ohio Senator president, Ohio House Speaker and medias ( AP Columbus, NBC4, ABC6, FOX28, Columbus Dispatch, Cincinnati enquirer, etc) have a hard copy and I have talked to several of media staffs in person including Andrew Welsh of Associated Press. I also dropped Robert Paduchik a package to Trump Ohio Columbus Office Staff on 10/16. Since Trump come to Ohio 10/20, I dropped hard copy package to Robert Paduchik 's home on 10/19, and on the cover letter inside package, I did ask Bob to pass the hard copy to Trump.

Majority GOP State Directors ( OH, ME, UT, NH, RI, TX, PA, MD, VA, NJ, FL, MI, KY, TN, AL, LA, WI, IA, MN, OK, NE, ND, CO,NM, WA, ID, AZ, CA, OR, MA, NC, NY, SC, MS, WY, NV, etc ) and 12 Governors (KY, IA, KS, NC, ME, OK, TN, AL, UT,OH, NY, IL) should got the hard copy based on Fedex and USPS tracking. NRCC and NRSC headquarters, major Congress committee and subcommittee directors (both Senator and House) especially on homeland security should got the package. I will mail the rest of Governor hard copy as well.

I also want to let you know that **Mike Pence** knew the information much earlier **BEFORE** he was even selected as Vice President Candidate at GOP convention. I submitted to his government web right before he was reported to meet Trump first time in New York several months ago from now. I also submitted to him again right before GOP Cleveland convention. As stated in the letter to him, I hoped that he could raise it to Trump. His government should have this record. I also reported to him and Trump several times from twitter as well. He should had the hard copy as well now.

Please see details included emails titled:

- Accessory to Murder investigation on Hillary Clinton and State Department ( I believe it also related to Clinton emails with China using her own server) , they knew and hide Genocide organ harvesting news in China when wang lijun visit US consulate 2012, **Up to 1.5 million organ transplants may have taken place in China since 2000,** mostly harvested from Falun Gong prisoners of conscience, report says. NTDTV recently interviewed **Gary Locke** before presidential voting and asked whether Wang lijun submitted documents have organ harvesting related information, **Ambassador Locke: "I am not at lib... I cannot say .. I am not going to confirm whether or not there were such documents." Why he cannot confirm ? He can simply say NO if not exist !!!!!**

- Original letter to Trump on the morning Corey Lewandowski fired ( Corey should be a potential witness ) Please help investigate: Your daughter Ivaka Trump's best friend , Wendi Deng: ex-wife of Rupert Murdoch, is a Chinese Top level spy (The general political department), I am very concerned of what is the real reason that Trump fired Corey and whether it is related to my letter to him !

- FYI Hate Crime of Donald Trump against Muslim

- National Security of Trump and his Daughter best Friend Wendi Deng top Spy Fwd: More information about QiaoWai, US Immigration Fund also report Wendi Deng to homeland Security. **Debbie Wasserman and Obama** supported Trump NJ tower Rich Chinese EB5 urgent approved **due Hurricane Sandy** ! Trump NJ tower Chinese Ads http://www.qiaowai.net/zhuanti/xzx/

I understand it took time for government to process, but it has been about several weeks now, and they are presidential candidates for USA. Due to time constraint and severity of those issues, I decide to write to you to report those several problems which related to criminal investigation and national security.

Below are a few examples of my Priority Express mails shipped Oct 11, Guarantee deliverer on Oct 12, Congress ones most arrived on Oct 14, signed by R WILLIAMS, all delay but all delivered. I attached a receipt image for Rep Louis Gohmert and Trent Franks, you could see the

zipcode is clear but went to 99999 before, and finally all arrived to congress mail room. One exception is that Rep Scott Rigell one arrived Oct 17 and signed by E Green.

I also attached AL and TN Governor receipt ( USPS Tracking number EL347830445US and EL347830471US, received on Oct 13), and MDGOP Fedex ( Arrived 10/19 ,Fedex tracking number 777480327117 ) receipt too as example.

Rep Dana Rohrabacher: EL347830485US

Trent Franks, EL 347830499US ( it went to zipcode 99999 first , and then arrived, and signed, based on receipt you could see the zipcode is pretty clear)

Scott Rigell, : EL347823970US ( went to zipcode 99999 first, Arrived October 17, 2016 , 7:15 am and Signed for By: E GREEN )

Charlie Dent, EL347830264US

Martha Roby : EL347830278US

Greg Walden, : EL347830295US

Billy Long : EL347830281US

Louis Gohmert : EL347830318US ( went to zipcode 99999 and then arrived October 14, 2016 , zipcode is pretty clear)

And I almost emailed all major medias in USA including Fox (hannity@foxnews.com, friends@foxnews.com), CNN ( from web, feedback@cnn.com) , Roger Stone ( he even included my old email hong.wang1@oh-oca.org in his newsletter , this email was disabled by Google after I report to congress the issue), TheHill (jennifery@thehill.com, opinion@thehill.com), Politico (newsrelease@politico.com), wallsrtreet , nytimes, ABC, NBC, CBS, LA times etc. using my old email hong.wang1@oh-oca.org. As I mentioned in the cover letter, ABC, NBC, FOX28, CBS, AP all got hard copy already from their Columbus office already. Since Breitbart start war on Speaker Ryan, I want to specifically let you know that Breitbart DO know all. I emailed them several times.

I also mailed hard copy to presidential debate hosts (Martha Raddatz, Anderson Cooper) and Commission on Presidential Debates president.

In addition, I emailed **Reince Priebus** (ecampaign@gop.com) much earlier, and he should got the hard copy on October 11, 2016, this is the USPS Priority Mail tracking number for the package that shipped to him 9505516321236282028831

Here are more information for your reference

A: All Supreme court 8 Judges got the hard copy package on Oct 3. USPS tracking numbers are

9505516321226275025718, 9505516321226275025725, 9505516321226275025732, 9505516321226275025749, 9505516321226275025756, 9505516321226275025763, 9505516321226275025770, 9505516321226275025787

B: President **Obama** and vice president **Joe Biden** both got the hard copy package on Oct 12 (arrived on Oct 7) from USPS. Below are the USPS tracking number for them 9505516321246279041187 and 9505515229536279025352. I also asked Senator McConnell deliver to Obama, FBI director, Homeland Security Director a hard copy as well when I visited DC congress on Oct 7.


C: Below are major agency director USPS mail tracking number and receive dates. They all should got from their contact form or email much earlier than the hard copy time, below are just hard copy deliver tracking number and dates.

9505515229536277023978 Oct 7 John O. Brennan and CIA

 9505515229536277023985 Oct 7, Attorney General and Department of Justice

9505515229536277023992   Oct 5, Jeh Charles Johnson and Homeland Security

9505515229536277024005 Oct 6, John Kerry and State Department

9505515229536277024029 Oct 7, James Comey and FBI

9505515229536277024036 Oct 5, Comptroller General and GAO (also delivered him a hard copy in person to GAO on Oct 7)

9505515229536279025376, Oct 7, Mike Pence


D: Below are some congress directors who got the hard copy (other than mentioned previously) , all by UPS

Rep. Harold Rogers, 1z31x0f40718456639,  received 10/25

Rep. Nita Lowey, 1z31x0f40751792883,  received 10/25

Rep. John Carter, 1z31x0f40751795808,  received 10/25

Rep. Lucille Roybal-Allard, 1z31x0f40718465398,  received 10/25

Rep. Tom Graves, 1z31x0f40751801649,  received 10/25

Rep. Debbie Wasserman Schultz, 1z31x0f40751804566,  received 10/25

Rep. Kay Granger, 1z31x0f40718474155,  received 10/25

Rep. Fred Upton, 1z31x0f40751810406,  received 10/25

Rep. Mac Thornberry, 1z31x0f40718482913,  received 10/25

Rep. Robert Goodlatte, 1z31x0f40751819167, , received 10/25

Rep. John Conyers Jr, 1z31x0f40751822082, received 10/25

Rep. Steve Chabot, 1zfy19910295957897, received 10/26

Rep. Michael McCaul, 1zfy19910262644081, received 10/26

Rep. Bennie Thompson, 1zfy19910295982298, received 10/26

Rep. Adam Smith, 1zfy19910296004253, received 10/26

Rep. Frank Pallone Jr, 1zfy19910262673362, received 10/26

Rep. Kevin Brady, 1zfy19910296009132, received 10/26

Rep. Sander Levin, 1zfy19910296011576, received 10/26

Sen. Charles Grassley, 1zfy19910295960338, received 10/26

Sen. Thad Cochran, 1zfy19910262629446, received 10/26

Sen. Roger Wicker, 1zfy19910295967653, received 10/26

Sen. John Hoeven, 1ZFY19910262651402, received 10/26

Sen. Jeanne Shaheen, 1ZFY19910295987177, received 10/26

Sen. Bob Corker, 1ZFY19910295989611, received 10/26

Sen. Benjamin Cardin, 1ZFY19910295996934, received 10/26

Sen. Ron Johnson, 1ZFY19910262666049, received 10/26

Sen. Thomas Carper, 1zfy19910296001818, received 10/26

Since FBI will report to Oversight and Government Reform Committee, I mailed their committee chairman a hard copy and email each member staff ( most of them should already got emails).

Channing D. Phillips, United States Attorney for the District of Columbia FedEx 784498768957

Rep. Jason Chaffetz : FedEx 784498773007

Rep. Elijah Cummings FedEx 784498777436

Oversight and Government Reform Committee chair and members FedEx 784498779417

Rep. Mark Meadows FedEx 784498781152

Rep. Gerald Connolly FedEx 784498782766

Rep. Ron DeSantis FedEx 784498783762

Rep. Stephen Lynch FedEx 784498786198

Rep. Nancy Pelosi FedEx 784498788205

E: I emailed Judicial Watch some members first right before FBI reopen the Clinton Email server case, and Judicial Watch president and all U.S. District Court for the District of Columbia Judges and most United States Court of Appeals for the District of Columbia judges including chief judge should get hard copy by 10/31 based on Fedex schedule, the rest judges of United States Court of Appeals for the District of Columbia, and president and vice president of US china economic and security review commission should get the hard copy by 11/2 based on UPS tracking.

Judicial watch president Tom Fitton : FedEx, 784471328029 ( emailed already)

 U.S. District Court for the District of Columbia Judges:  (All by FedEx, total 24 judges, emailed from contact form)

784471336358, 784471339380, 784471342169, 784471346510, 784471347837, 784471349830, 784471350730, 784471352869, 784471353578, 784471356371, 784471359429, 784471361944,

784471363936, 784471366199, 784471368136, 784471391020, 784472669788, 784472687515, 784472703066, 784472708138, 784472713284, 784472717875, 784472722407, 784472727019

United States Court of Appeals for the District of Columbia judges

By FedEx :  784482509313, 784482521244, 784482526853, 784482532458, 784482539750, 784482545090, 784482552232, 784482557495

By UPS : 1z5ar3020210876321, 1z5ar3020209967235, 1z5ar3020244208748, 1z5ar3020244207838, 1z5ar3020243305117, 1z5ar3020243304207, 1z5ar3020209969966, 1z5ar3020243302389, 1z5ar3020243301479


F: President and vice President of US China economic and security review commission

By UPS : 1z5ar3020243299652, 1z5ar3020243298742


G: Governors:

OH Governor: Dropped to Office.

NY Governor: USPS: 9505515229536277024012, received Oct 5

AL Governor : USPS :  EL347830445US, received Oct 13

Utah Governor : USPS:  EL347830370US, received Oct 13

TN Governor  USPS:  EL347830471US,  received Oct 13

KY Governor FedEx:  784339748883, received Oct 17

IA Governor FedEx:  784339761230, received Oct 17

KS Governor FedEx:  784339771182, received Oct 17

NC Governor FedEx:  784339798546, received Oct 17

ME Governor FedEx:  784338364530, received Oct 17

OK Governor FedEx:  784338371715, received Oct 17

IL Governor FedEx :784482037949 received Oct 31

GA Governor FedEx :784525944025 received Nov 4

HI Governor FedEx :784525949233 received Nov 4

ID Governor FedEx :784525953590 received Nov 4

MD Governor FedEx :784525958113 received Nov 4

MA Governor FedEx :784525963145 received Nov 4

MI Governor FedEx :784525968310 received Nov 4

AZ Governor FedEx :784524771440 received Nov 4

AR Governor FedEx :784524774405 received Nov 4

CA Governor FedEx :784524776978 received Nov 4

MN Governor FedEx :784528686044 received Nov 4

MT Governor FedEx :784528741718 received Nov 4

NV Governor FedEx :784528783200 received Nov 4

NH Governor FedEx :784528819351 received Nov 4

ND Governor FedEx :784528856713 received Nov 4

OR Governor FedEx :784528895000 received Nov 4

PA Governor FedEx :784528930510 received Nov 4

CO Governor FedEx :784525910428 received Nov 4

CT Governor FedEx :784525918451 received Nov 4

DE Governor FedEx :784525922855 received Nov 4

FL Governor FedEx :784525928062 received Nov 4

RI Governor FedEx :784535207824 received Nov 4

SC Governor FedEx :784535227962 received Nov 4

SD Governor FedEx :784535239911 received Nov 4

VT Governor FedEx :784535263879 received Nov 4

VA Governor FedEx :784535278687 received Nov 4

WV Governor FedEx :784535289515 received Nov 4

WI Governor FedEx :784535304471 received Nov 4

WY Governor FedEx :784535316501 received Nov 4


H: Here are more leaders of Senators and Representatives, and I plan to mail rest Senators and majority of representatives even though it will arrive after Nov8 Election Day.

Rep. Jim Jordan, House Freedom Caucus Chairman Jim, Fedex 784546390839, expected to be delivered by Nov 7.

Formal Speaker Newt Gingrich: To Gingrich Production, Fedex 784546411587, expected to be delivered by Nov 7.

President Bush through George Bush Presidential Library and Museum , Fedex 784546443516 expected to be delivered by Nov 7.

Sen. Patrick Leahy : Fedex 784557634904, scheduled to be delivered by Nov 7

Sen. Charles Schumer Fedex 784557641527, scheduled to be delivered by Nov 7

Sen. Jeff Sessions Fedex 784557654192, scheduled to be delivered by Nov 7

Sen. John Thune Fedex 784557661367, scheduled to be delivered by Nov 7

Sen. John Cornyn Fedex 784557667387, scheduled to be delivered by Nov 7

Rep. Cathy McMorris Rodgers Fedex 784557676576, scheduled to be delivered by Nov 7

Rep. Steny Hoyer Fedex 784557684872, scheduled to be delivered by Nov 7

Sen. John Barrasso Fedex 784557691900, scheduled to be delivered by Nov 7

Rep. Luke Messer Fedex 784557697460, scheduled to be delivered by Nov 7

Sen. Barbara Mikulski Fedex 784557468790, scheduled to be delivered by Nov 7

Sen. Jon Tester Fedex 784557480356, scheduled to be delivered by Nov 7

Sen. Patrick Leahy Fedex 784557496116, scheduled to be delivered by Nov 7

Sen. Richard Shelby Fedex 784557510043, scheduled to be delivered by Nov 7

Sen. Richard Durbin Fedex 784557521485, scheduled to be delivered by Nov 7

Sen. Roy Blunt Fedex 784557529924, scheduled to be delivered by Nov 7

Sen. Patty Murray Fedex 784557537418, scheduled to be delivered by Nov 7

Sen. Jack Reed Fedex 784557548172, scheduled to be delivered by Nov 7

Sen. Ron Wyden Fedex 784557561401, scheduled to be delivered by Nov 7

I just mailed rest Senators and representatives a hard copy and they should all received by Nov 16.

Please help pass to other staff and your friends. Thank you so much for protect US constitution, law, and freedom.

Sincerely

Hong Wang

P.O.Box 20584

Columbus OH 43220

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)        PHONE (        )

Hong Wang
P.O. Box 30084
Columbus, OH 43020

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE (        )
Hon. Rep. Treat Franke
2435 Rayburn House Office Building
Washington DC, 20515

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 1 5 -

✉ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
✉ $100.00 insurance included.

EL 347830499 US

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL EXPRESS™

LABEL 11-B, SEPTEMBER 2016        PSN 7690-02-000-9996        2-CUSTOMER COPY

---

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)        PHONE (        )

Hong Wang
P.O. Box 30084
Columbus, OH43020

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE (        )
Hon. Rep. Louie Gohmert
2243 Rayburn HOB
Washington DC, 20515

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 1 5 -

✉ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
✉ $100.00 insurance included.

EL 347830318 US

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL EXPRESS™

LABEL 11-B, SEPTEMBER 2016        PSN 7690-02-000-9996        2-CUSTOMER COPY

When Corey got fired

Hong Wang <hong.wang1@oh-oca.org>



**Please help investigate : Your daughter Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level spy (The general political department),**

Hong Wang <hong.wang1@oh-oca.org>
To: "Donald J. Trump" <Donald.J.Trump@donaldtrump.com>

Mon, Jun 20, 2016 at 6:55 AM

Dear Trump

My comments was blocked by facebook, so I wrote to you.

Please help investigate, your daughter Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level spy (The general political department),

with close relationship of Zeng qinghong. She violated USA INS law on Green Card that she only stayed with her 1st husband for 5 month, even though she divorced at 2 years and 7 month. She stayed at mean time with David Warff, who paid her Yale tuition. Where the money came from since David Warff is not wealthy at all and only work for a Chinese company? You should investigate on her first ! using google 邓文迪, 佪慧 and you will see a lot of reports, using google translator to know more on her, here is one English report: Rupert Murdoch Divorces Wendi Deng after Chinese Communist Party Spy Revelation

http://www.visiontimes.com/2013/09/rupert-murdoch-divorces-wendi-deng-after-chinese-communist-party-spy-revelation.html,
Here are one of Chinese report http://www.aboluowang.com/2013/0619/313801.html

Chinese communist party is always try to interfere freedom in USA, Please see this report as well:

Beijing-by-the-Bay: Rose Pak and China's Hidden Influence in San Francisco

http://www.theepochtimes.com/n3/2093931-beijing-by-the-bay-rose-pak-and-chinas-hidden-influence-in-san-francisco/

Also Gen. Michael Hayden, the formal CIA director contacted Epoch times at 7:00 am and here is the article

Ex-spy Chief: White House Ignores Elephant in the Room
Gen. Michael Hayden says focus on Middle East causes US to overlook China threat

http://www.theepochtimes.com/n3/2055006-ex-spy-chief-white-house-ignores-elephant-in-the-room/

This video shows how Chinese Communist Party interfere with HongKong freedom of election.

are Footage of Former China Leader Jiang Zemin Freak Out (With English Subst)

df-ova.org Mail - Please help investigate : Your daughter Ivanka Trump's best friend, Wendi....      https://mail.google.com/mail/u/0/?ui=2&ik=6f8331c37e&view=pt&search=sent&msg=1556...

https://www.youtube.com/watch?v=5Gij2BVJS2A

Thanks

Hong

On Thu, Jun 16, 2016 at 3:44 PM, Donald J. Trump <Donald.J.Trump@donaldtrump.com> wrote:
Trump - Make America Great Again!

_____

www.DonaldJTrump.com

- JUNE 16TH, 2016 -

# ONE YEAR AGO: THE START OF A MOVEMENT

Dear Hong,

 Gmail

hellen wang <hellenwang2016@gmail.com>

## Latest update and Gary Locke interview with NTDTV on Wang lijun handed documents with organ harvesting question Re: Update : Dropped to Robert Paduchik home to pass to Trump hard copy ! Re: info related to Trump NJ tower and another possible reason related to Speaker Ryan's decision

**hellen wang** <hellenwang2016@gmail.com>                             Wed, Nov 9, 2016 at 7:49 AM
To: Andrew Welsh-Huggins <awelsh@ap.org>, jsmyth@ap.org, asanner@ap.org, cthompson@enquirer.com,
jbalmert@enquirer.com, ccandisky@dispatch.com, ajohnson@dispatch.com, Randy Ludlow
<rludlow@dispatch.com>, drowland@dispatch.com, jsiegel@dispatch.com, meverhart@dispatch.com,
mdevito@dispatch.com, Laura.Bischoff@coxinc.com, gongwer@gongwer-oh.com, Kent C
<kcahlander@gongwer-oh.com>, amiller@gongwer-oh.com, smiller@gongwer-oh.com, mdilley@gongwer-
oh.com, mlivingston@gongwer-oh.com, densinger@gongwer-oh.com, jreed@gongwer-oh.com,
nathan.baca@10tv.com, scott.light@10tv.com, Ted Hart <thart@wcmh.com>, mike.thompson@wosu.org,
news@wsyx6.com, newsdesk@nbc4i.com, info@14a15ad.com, editor@cleveland.com, news@cleveland.com,
sports@cleveland.com, entertainment@cleveland.com, feedback@cleveland.com
Cc: Jesse Walls <Jesse.Walls@mail.house.gov>, Tim <Tim.Alford@mail.house.gov>,
chris.albanese@ohiohouse.gov, john.fortney@ohiosenate.gov, dave.ward@governor.ohio.gov,
Danyell.Tremmel@mail.house.gov, Katie.Donnell@mail.house.gov, Mark_Isakowitz@portman.senate.gov,
Pam_Thiessen@portman.senate.gov, Tyler_Brace@portman.senate.gov, Sarah_Benzing@brown.senate.gov,
Jeremy_Hekhuis@brown.senate.gov, Anna_Gokaldas@brown.senate.gov, Gideon_Bragin@brown.senate.gov,
Meghan_Savercool@portman.senate.gov, Kevin_Smith@portman.senate.gov,
Megan_Harrington@portman.senate.gov, Sarah_Johnson@portman.senate.gov,
Sarah_Pearce@portman.senate.gov, Zachary_Rudisill@portman.senate.gov,
Brian_Riedl@portman.senate.gov, Lauren_Baker@portman.senate.gov, info@speakerryan.com

And I will consider Sue FBI, CIA , homeland security if they do not answer since this is national security
with next presidency !!


hong
[Quoted text hidden]

r-oca.org, ;a;l  Fwd: National Security of Trump and his Daughter best F.. https://mail.google.com/mail/u/1/?ui=2&ik=6ff833c37e&view=pt&search=sent&...



Hong Wang <hong.wang1@oh-oca.org>

## Fwd: National Security of Trump and his Daughter best Friend Wendi Deng top Spy Fwd: More information about QiaoWai, US Immigration Fund also report Wendi Deng to homeland Security

Hong Wang <hong.wang1@oh-oca.org>
To: berkshire@berkshirehathaway.com

Sat, Sep 10, 2016 at 10:40 PM

Dear Mr. Warren Buffett

Good night, this is another email reported to Congress, CIA, etc. It is related to Trump New Jersey Bay Street tower Rich Chinese EB5 urgent approved due to Hurricane Sandy with Support of Debbie Wasserman and Obama . Also Trump daughter best friend Wendi Deng is a top Chinese Spy.

thank you.

hong

---------- Forwarded message ----------
From: Hong Wang
Date: Sat, Sep 3, 2016 at 7:19 PM
Subject: More information about QiaoWai, American Immigration Fund also report Wendi Deng to homeland Security

Dear Sec, Homeland Security and Congress

Here is one report from Homeland Security investigation on INS Alejandro Mayorkas interrupted EB5 approval , time is from Sept 2012, to 3/24/2015. This exactly cover the time when Trump Bay Street EB5 was urgent approved due to Hurricane Sandy ! Based on media, this report should have 99 pages.

http://abcnews.go.com/US/top-homeland-official-alejandro-mayorkas-accused-political-favoritism/story?id=29868429

In this DHS media article , it also mentioned Harry Reid together with Alejandro Mayorkas interrupt EB5 visa approval process. Based on QiaoWai web description ( QiaoWai1.jpg attachment), Brett Ashcroft-Green, who in charge of American Immigration Fund China part, used to be a staff of Harry Reid.

Based on QiaoWai website, it has a lot of EB5 investments in US, such as w57 Manhattan, time square board way1568, etc. Supporters to QiaoWai not only from Obama, Rudy Giuliani but also from New York Governor David Peterson, Pete Grannis , Formal New York Mayor Bloomberg, etc. http://www.qiaowai.net/cyprus/pt/tz/2013/0820/6054.html ( QiaoWai2.jpg), QiaoWai have a lot of other partners such as Charles Gargano http://www.qiaowai.net/zhuanti/7018sq_2/ ( attachment QiaoWai_CharlesGargano.jpg )

During interview with QiaoWai CEO , she claimed that QiaoWai EB5 could be approved in 3 days . ( See attachment 3days.jpg)

I also formally report Wendi Deng, Ivaka's best friend as Chinese Spy to homeland Security and congress as well. This was reported to state department, FBI and INS. See email below.

The strange thing is, Trump campaign manager fired on the same day when he got my email to report Wendi Deng as Spy on June. However, Ivanka still vacation with her on August.

I strongly suggest SEC, Congress and Homeland Security to investigate on QiaoWei, American Immigration Fund EB5 money usage. I suspect they were illegally used for campaign since this year is Congress and Presidential election year.

thanks

hong

Brett Ashcroft-Green, who in charge of American Immigration Fund China part, used to be a staff of Harry Reid







QiaoWai EB5 could be approved in 3 days.

4 of 14



访谈精髓

PART 01 创业初衷 —— 特立优势，规划商机

PART 02 竞争原则 —— 以退为进，适应服务

PART 03 未来发展 —— 信心指引，与时俱进

个人介绍

Charles Gargano and QiaoMai

Froca. org Mail — Fwd: National Security of Trump and his Daughter best F... https://mail.google.com/mail/u/1?ui=2&ik=6ff833c37e&view=pt&search=sent&...

On Fri, Sep 2, 2016 at 1:29 AM, Hong Wang wrote:

Dear SEC and Congress Leaders

Good morning, I am writing to you to report QiaoWai, the Chinese partner of US Immigration Fund (Chinese name 美国移民基金) Ads (See Attached) for Trump Bay Street tower Kushner and KABR Company in China cheating on EB5.

This is the Chinese Ads website http://www.qiaowai.net/zhuanti/xzx/

It clearly stated (as attached picture and below email) that US Immigration Fund has strong backup from government, gained support from Obama, Debbie Wasserman -Schultz and Ron Klein in person.







It also stated in the ads that it is the only one that fit for urgent approve by INS due to Hurricane Sandy.

In the ads it said that Trump Bay Street tower is luxury apartments, started build from April, 2013, need 24 month ( actually based on report, it is expected to finish in the end of 2016), I am so surprise to know that for a luxury apartment tower which at least take more than 2 years to build, it will help Hurricane Sandy !

Is it because I got support from Obama, Debbie Wasserman etc ?! also know QiaoWai has a lot of Ads for US, with great support from Rudy Giuliani. I believe this obviously violated EB5 law and using EB5 cheating Chinese people.

In the following CNN report, Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/ both Trump or Kushner did not mention its Chinese Partner QiaoWai and how Chinese connect to them through in China.

Since Kushner Company is also the major financial support for Trump Campaign based on report , I think it needs to investigate how Kushner company used money.

Information related to Trump tower EB5 and his daughter best friend Wendi Deng ( Chinese Spy and cheating on Greencard ) also be reported to INS, State Department and FBI.

Thank you for your attention.

hong

---------- Forwarded message ----------
From: Hong Wang
Date: Sun, Aug 28, 2016 at 6:33 PM
Subject: Please help investigate EB5 for Trump NJ tower with Hurricane Sandy ? :Re: Report wendi Deng cheating on INS for greencard Fwd: The story behind Trump Tower, Obama, Rudy Giuliani, Debbie Wasserman and National Security Ivanka best friend Wendi Deng Chinese Spy

Dear INS and State Department

Based on below Trump NJ tower Chinese ads( picture attached as well) http://www.qiaowai.net/zhuanti/xcx/, it clearly stated that Trump NJ tower EB5 is the only EB5 urgently approved due to Hurricane Sandy . Why his tower EB5 is the only one urgently approved due to Hurricane Sandy ? It take years to build that tower when Hurricane Sandy already gone !

Is it because I got help from Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ?

Need INS to check this issue, especially as I just reported that Ivaka Trump's best friend Wendi Deng cheated INS for greencard and she is a Chinese Spy based on reports. So it is national security why Trump NJ tower Rich Chinese got EB5 urgent approved by Hurricane Sandy !

Please also forward to FBI for investigation too since this is related to national security, Trump is presidential candidate and he obviously did not mention his NJ tower EB5 urgent approved due to Hurricane Sandy with support of Obama in any of his public speech. http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/ why he hide this information ?!

thanks

hong

On Sun, Aug 28, 2016 at 3:47 PM, Hong Wang wrote:

Dear INS

Fwd: National Security of Trump and his daughter best F... https://mail.google.com/mail/u/1/?ui=2&ik=6ff833c37e&view=pt&search=sent&...

Good afternoon, The following email has been sent to Trump for two months ago , I still saw his daughter Ivaka vacation with Wendi Deng, the Chinese Spy who cheated INS to got her green card years ago http://www.vanityfair.com/news/2016/06/ivanka-trump-wendi-deng-vacation

So I decide to report to INS directly here.

Please help investigate, Ivanka Trump's best friend , Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level Spy (The general political department) with close relationship of Zeng qinghong. She violated USA INS law on Green Card that she only stayed with her 1st husband for 5 month, even though she divorced at 2 years and 7 month. She stayed at mean time with David Warf, who paid her Yale tuition. Where the money came from since David Warf is not wealthy at all and only work for a Chinese company? You should investigate on her first ! using google 邓文迪 , 间谍 and you will see a lot of reports, using google translator to know more on her.

Here is one English report: Rupert Murdoch Divorces Wendi Deng after Chinese Communist Party Spy Revelation
http://www.visiontimes.com/2013/12/09/rupert-murdoch-divorces-wendi-deng-after-chinese-communist-party-spy-revelation.html

Here are one of Chinese report: http://www.aboluowang.com/2013/0619/313801.html

Chinese communist party is always try to interfere freedom in USA, Please see this report as well:

Beijing-by-the-Bay: Rose Pak and China's Hidden Influence in San Francisco

http://www.theepochtimes.com/n3/2093931-beijing-by-the-bay-rose-pak-and-chinas-hidden-influence-in-san-francisco/

Also Gen. Michael Hayden, the formal CIA director contacted Epoch times at 7:00 am and here is the article

Ex-spy Chief: White House Ignores Elephant in the Room Gen. Michael Hayden says focus on Middle East causes US to overlook China threat

http://www.theepochtimes.com/n3/2055006-ex-spy-chief-white-house-ignores-elephant-in-the-room/

This video shows how Chinese Communist Party interfere with HongKong freedom of election.

Rare Footage of Former China Leader Jiang Zemin Freak Out (With English Subs)

https://www.youtube.com/watch?v=5GIj2BVJS2A

Thanks

hong

----

Good morning, I am writing to you to about the story behind Trump Tower, report the dishonesty of Trump over national security vs his own family profits, Obama, Rudy Giuliani, Debbie Wasserman relationship with Trump tower Chinese ads CEO , etc.

On Mon, Jun 20, 2016 at 5:55 AM , I wrote an email to Trump titled "Please help investigate : Your daughter Ivanka Trump's best friend , Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level spy (The general political department), " to ask him to investigate Wendi Deng, based on report she was a top Chinese Spy.

He did not reply, instead, one big thing happened on 6/20 morning, his campaign manger got fired 8:30 am, media reported that Ivanka Trump played role in campaign manager's

firing. Lewandowski had sought to plant negative stories about her husband, Jared Kushner.

On Jun 23, I wrote him another email titled "Re: Lying Crooked Hillary " describe possible lie of Hillary Clinton on Wang Jijun visited Cheng Du USA consulate issue related to Genocide and Forced Organ harvesting in China. This time trump politely responded ( email will forward to you separately, it was sent using my another email account).

I was wondering why Lewandowski had sought to plant negative stories about her husband, Jared Kushner. Why Trump did not response on investigate Wendi Deng, a top level Chinese Spy. This is a serious issue.

So I went on to do more research, and here is what I found out this report :

Trump Tower Funded by Rich Chinese Who Invest Cash for Visas

http://www.bloomberg.com/politics/articles/2016-03-07/trump-tower-financed-by-rich-chinese-who-invest-cash-for-visas

Trump Bay Street is a 50-story luxury rental apartment building being built by Kushner Companies, whose chief executive officer, Jared Kushner, is married to Trump's daughter Ivanka. The firm that was hired to seek investors, US Immigration Fund, is run by Florida developer Nicholas Mastroianni, who announced a partnership last year with a Trump golf course in Jupiter, Florida.

The visa program is known as EB-5. In exchange for investing at least $500,000 in a project promising to create jobs, foreigners receive a two-year visa with a good chance of obtaining permanent residency for them and their families.

I went on to do more research, and find out that US Immigration Fund ( Chinese name 美國移民基金 ) has a Chinese partner in China called qiaowai (侨外) to do advertising for Trump's program and other programs in China. qiaowai (侨外) is almost rank No 1 in EB-5 projects in China. **In the QiaoWai website, it stated Kushner 88 Trump Bay Street project, started 2013, is the only one that I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012. And it also stated that it has good relationship with Democracy party supporting from Obama, Debbie Wasserman-Schultz and Ron Klein .** This is Kushner 88 Trump Bay Street project QiaoWai website link http://www.qiaowai.net/zhuanti/xzxl/ . You could also see QiaoWai CEO dingyingyivian picture with president Obama .Chinese reports said it is Rudy Giuliani made QiaoWai succeed in USA http://www.qiaowai.net/mtbd/16820.html

CNN also has another report : Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/

Trump's spokespeople did not respond to a request for comment about his views on the EB-5 visa program or its use in this project. However, a Trump spokesperson did tell Bloomberg that "This was a highly successful license deal but [Trump] is not a partner in the financing of the development." Kushner Companies defended the use of the visas to raise cash" "The money was raised lawfully ... consistent with all the requirements of EB-5," said its statement to CNN. "This program enabled a development that created hundreds of new jobs in an area with employment needs."

**Without Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ? He obviously did not mention his Chinese partner QiaoWai at all !**

Throughout his presidential campaign, Donald Trump has attacked China and warned about the dangers of deficient immigrant screening. However, Trump Never mentioned EB-5 in any of his proposal, which is very controversial especially in terms of security, and will be end in September 30 this year. EB5 I-526 could be approved within several days up to 6 months, there is no way to do background checks in such small time frame, which is why EB-5 is controversial and is a national security issue. I was so surprised to find out that Trump did not push investigation on Wendi Deng, who is best friend of his daughter Ivanka Trump for such a big national security issue. I am very worried about those immigrants in Trump Tower. I strongly request background check for all of them.

Thus I am really question on Trump's eligibility as presidential candidate. He put his family profit and interest in front of national security, I am afraid he would even sell USA freedom for his own profit.

r.oca.org Mail — Fwd: National Security of Trump and his Daughter best F... https://mail.google.com/mail/u/1/?ui=2&ik=6ff833c37e&view=pt&search=sent&...

In addition, as in "Trump Tower Funded by Rich Chinese Who Invest Cash for Visas report", Kushner Companies is a New Jersey-based real estate firm, built by Kushner's father Charles, a former rainmaker in New Jersey Democratic politics who pleaded guilty to a federal campaign finance violation, filing false tax returns as well as attempts to silence a witness. Charles was sentenced in 2005 to a prison term of two years. He remains active in the company. Jersey City is the first and, so far, only Trump project for the company

Thank you so much for your attention to this matter.

Sincerely

Hong

P.S.

QiaoWai CEO with Obama

https://www.dropbox.com/s/86zrmzz2wx0h35/qiaowaiCEO.jpg?dl=0

QiaoWai CEO with Rudy Giuliani

https://www.dropbox.com/s/sxei1xfzwxxpdti/QiaoWaiCEOdingying_rudygiuliani.jpg?dl=0

(Below are copies from Trump Building Ads in QiaoWai http://www.qiaowai.net/zhuanti/xzx/ )

QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman -Schultz and Ron Klein .

https://www.dropbox.com/s/6f4fqtsom/qkrn3ix/QiaoWai_TrumpAdsPag1.png?dl=0

QiaoWai ads for Trump Tower shows I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012

https://www.dropbox.com/s/lwq9hgw9nesirw3/QiaoWaiTrumpbuildingAds_I526_Sandy_urgentApproval.png?dl=0

Trump NJ Tower Chinese Ads



QiaoWai CEO with Obama and Rudy Giuliani





QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman-Schultz and Ron Klein .





QiaoWai ads for Trump Tower shows I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012

Case: 2:16-cv-01182-MHW-EPD Doc #: 1-2 Filed: 12/19/16 Page: 28 of 77 PAGEID #: 36



h-oca.org



Hong Wang <hong.wang1@oh-oca.org>

---

## FYI Accessory to murder investigation on Hillary Clinton and State Department

**Hong Wang** <hong.wang1@oh-oca.org>
To: "Ward, Dave" <Dave.Ward@governor.ohio.gov>

Wed, Sep 21, 2016 at 5:27 AM

Dear Dave

Would you mind forward this email to Governor John Kasich.

As a citizen of US and Ohio, we need his help to end Genocide and Persecution of Falun Gong in China.

I believe his stand up will bring a bright future to Ohio and USA.

Thank you.

hong


\>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Dear Department of Justice, Attorney in General and Congress

On June, 2011, U.S. Department of State Adds Question about Organ Harvesting to Nonimmigrant Visa Application (Photo), Form DS-160 see attached. http://en.minghui.com/html/articles/2012/4/15/132727.html

On February, 2012, During the time when Hillary Clinton was Secretary of State, Former police chief and deputy mayor of Chongqing Wang Lijun made a surprising and hasty visit to the U.S. consulate in Chengdu , making international headlines. What Wang said to U.S. consulate officials, however, remained mostly confidential.

Sources told Bill Gertz, a national security reporter, that Wang handed U.S. officials key information about Bo Xilai and Zhou Yongkang�s planned coup against Xi Jinping, the heir apparent of the Chinese Communist Party. It was also rumored that Wang attempted to defect and sought protection from U.S. officials.

A well-placed source has now told The Epoch Times that Wang gave U.S. officials confidential documents containing critical information about top communist officials� involvement in the persecution of Falun Gong. The source said Wang provided details about organ harvesting from living Falun Gong practitioners in China�s network of military hospitals, prisons, mental hospitals, and labor camps.

Source: Wang Lijun Told U.S. Officials of Organ Harvest

http://www.theepochtimes.com/n3/1484282-source-wang-lijun-told-u-s-officials-of-organ-harvest/

A recent report indicated that

**Up to 1.5 Million Killed by Chinese Regime for Their Organs, Report Reveals New report details how China built a massive transplant industry through harvesting organs from prisoners of conscience believed to be mainly Falun Gong practitioners**

http://www.theepochtimes.com/n3/2097522-1-5-million-potentially-killed-by-chinese-regime-for-their-organs-report-reveals/

**We need Department of Justice and Attorney in General of US to investigate Hillary Clinton, the Secretary of State at that time together with State Department, whether they knew the Genocide in China and Hided the truth. This might caused million of Chinese be killed in past 4 to 5 years ! This should be called Accessory to murder.**

You probably already know This bill H.Res.343 - Expressing concern regarding persistent and credible reports of systematic, state-sanctioned organ harvesting from non-consenting prisoners of conscience in the People's Republic of China, including from large numbers of Falun Gong practitioners and members of other religious and ethnic minority groups, passed the House of Representatives without objection on 6/13/2016. https://www.congress.gov/bill/ 114th-congress/house-resolutio n/343

Here are more information described the horrible Genocide Organ harvesting in China :

Irrefutable Evidence

https://vimeo.com/178642565

video killed for organs

https://www.youtube.com/watch?v=bvAOOwvJMZs

Canadian Lawyer David Matas and David Kilgour, former lawyer and Canadian politician both did investigation and have a report on organ harvesting in China.

http://cja.org/downloads/Kilgour-Matas-organ-harvesting-rpt-July6-eng.pdf

Ethan Gutmann, an award-winning China analyst and human-rights investigator, did independent investigation and published book "Slaughter" related to the Genocide in China.

http://ethan-gutmann.com/the-slaughter/

https://www.amazon.com/Slaughter-Killings-Harvesting-Solution-Dissident/dp/161614940X

**Up to 1.5 Million Killed by Chinese Regime for Their Organs, Report Reveals New report details how China built a massive transplant industry through harvesting organs from prisoners of conscience believed to be mainly Falun Gong practitioners**

http://www.theepochtimes.com/n3/2097522-1-5-million-potentially-killed-by-chinese-regime-for-their-organs-report-reveals/

Thank you

Hong

**U.S. Department of State Adds Question about Organ Harvesting to Nonimmigrant Visa Application (Photo)**

oh-oca org mail - FYI Accessory to murder investigation ... https://mail.google.com/mail/u/0/?ui=2&ff833c37e&v

## Nonimmigrant Visa - Security and Background: Part 3 - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

https://ceac.state.gov/GENNIV/General/complete/complete_securityandbackground3.aspx

Most Visited    Getting Started    Latest Headlines    Shen Yun Performing ...   *tb* Ticketingbox

**A:**  ○ Yes  ◉ No

**Q:** Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom?

**A:**  ○ Yes  ◉ No

**Q:** Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will?

**A:**  ○ Yes  ◉ No

**Q:** Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue?

**A:**  ○ Yes  ☒ No

◀ Back: Security/Background Part 2      Save      Next: Security/Background Part 4 ▶

This email is intended for hellenwang2016@gmail.com.
Update your preferences or Unsubscribe

*powered by*
**campaigner**

3 of 3                                                                                              2016/9/20 AM 03

CONGRESS.GOV

Legislation    Congressional Record    Committees    Members

# H.Res.343 - Expressing concern regarding persistent and credible reports of systematic, state-sanctioned organ harvesting from non-consenting prisoners of conscience in the People's Republic of China, including from large numbers of Falun Gong practitioners and members of other religious and ethnic minority groups.

114th Congress (2015-2016) | Get alerts

## Summary: H.Res.343 — 114th Congress (2015-2016)

There are 2 summaries for H.Res.343.    Passed House amended (06/13/2016)    GO

**Shown Here:**
Passed House amended (06/13/2016)

| Summary (2) | Text (2) | Actions (14) | Titles (1) | Amendments (0) | Cosponsors (185) | Committees (2) | Related Bills (0) |
|---|---|---|---|---|---|---|---|

Listen to this page

| RESOLUTION | Hide Overview |
|---|---|

**Sponsor:** Rep. Ros-Lehtinen, Ileana [R-FL-27] (Introduced 06/25/2015)

**Committees:** House - Foreign Affairs; Judiciary

**Latest Action:** 06/13/2016 On motion to suspend the rules and agree to the resolution, as amended Agreed to by voice vote. (text: CR H3728) (All Actions)

**Tracker:**

Introduced    **Passed House**

**More on This Bill**
CBO Cost Estimates [0]

**Subject — Policy Area:**
International Affairs
View subjects

All Bill Information (Except Text)

Bill summaries are authored by CRS.

Print

https://mg.mail.yahoo.com/neo/launch?.rand=db5igiljq3nse#6878...

| | |
|---|---|
| **Subject:** | Gary Locke intterview on Wang lijun handed documents with organ harvesting Re: Trump NJ Rich Chinese Eb5 approved due to Hurricane Sandy and Accessory to murder investigation on Hillary Clinton and State Department |
| **From:** | hellenwang201610@yahoo.com (hellenwang201610@yahoo.com) |
| **To:** | Robert.Edmonson@mail.house.gov; Kelsey.Smith@mail.house.gov; Dick.Meltzer@mail.house.gov; Drew.Hammill@mail.house.gov; Wyndee.Parker@mail.house.gov; Wendell.Primus@mail.house.gov; Patti.Ross@mail.house.gov; Kenneth.DeGraff@mail.house.gov; Adela.Amador@mail.house.gov; Michael.Tecklenburg@mail.house.gov; Katherine.Monge@mail.house.gov; Michael.Bloom@mail.house.gov; Reva.Price@mail.house.gov; Stacy.Barton@mail.house.gov; Katie.Moore@mail.house.gov; Jonathan.Lowe@mail.house.gov; Brian.Griffith@mail.house.gov; Chris.Hess@mail.house.gov; James.Burchfield@mail.house.gov; Jason.Yaworske@mail.house.gov; Lisa.Christian@mail.house.gov; Matthew.Silver@mail.house.gov; Alexei.Woltornist@mail.house.gov; Meredith.Dolan@mail.house.gov; Amanda.Shipley@mail.house.gov; Hillary.Gross@mail.house.gov; Dallas.Gerber@mail.house.gov; Addison.Miller@mail.house.gov; Alex.Briggs@mail.house.gov; Mike.Smullen@mail.house.gov; Lisl.Davis@mail.house.gov; Elise.Conner@mail.house.gov; Benjamin.Keeler@mail.house.gov; Laura.Wilson@mail.house.gov; Alec.Fink@mail.house.gov; David.Rardin@mail.house.gov; Ray.Yonkura@mail.house.gov; Melissa.Wade@mail.house.gov; Jared.Dilley@mail.house.gov; Darin.Miller@mail.house.gov; Tiffany.Angulo@mail.house.gov; Kevin.Eichinger@mail.house.gov; Dino.DiSanto@mail.house.gov; Anna.Alburger@mail.house.gov; Chris.Cooper@mail.house.gov; Kendall.Kalagher@mail.house.gov; Amanda.Shaw@mail.house.gov; Allison.Witt@mail.house.gov; Erin.Partee@mail.house.gov; Jason.Isakovic@mail.house.gov; Drew.Griffin@mail.house.gov; Rachel.Schwegman@mail.house.gov; Mike.Davin@mail.house.gov; Madeline.Vey@mail.house.gov; Surya.Gunasekara@mail.house.gov; Michelle.Runk@mail.house.gov; Megan.Beveridge@mail.house.gov; Elizabeth.Litzow@mail.house.gov; Stephen.Hostelley@mail.house.gov; Alex.Dominguez@mail.house.gov; Randy.Herndon@mail.house.gov; Kelli.Briggs@mail.house.gov; Laura.Engquist@mail.house.gov; Olivia.Hnat@mail.house.gov; Michael.Hess@mail.house.gov; Abigail.Finn@mail.house.gov; Michael.McLean@mail.house.gov; Brooks.Keefer@mail.house.gov; Adam.Howard@mail.house.gov; Andy.Sigmon@mail.house.gov; Lauren.O'Toole@mail.house.gov; Jessica.Calio@mail.house.gov; Dan.Hare@mail.house.gov; Derek.Harley@mail.house.gov; April.Lyman@mail.house.gov; Lisa.Langenderfer@mail.house.gov; Meghan.Waters@mail.house.gov; Rebecca.Duberstein@mail.house.gov; AJ.Sugarman@mail.house.gov; Ryan.Dierker@mail.house.gov; |
| **Cc:** | tim.alford@mail.house.gov; Jesse.Walls@mail.house.gov; Danyell.Tremmel@mail.house.gov; Katie.Donnell@mail.house.gov; |
| **Date:** | Tuesday, November 8, 2016 7:31 AM |

When Gary Locke , the formal United States Ambassador to China was interviewed recently before presidential voting by NTDTV ( New Tang Dynasty TV station ) on question of whether the documents which Wang lijun in 2012 handed to USA has organ harvesting related information ,
he said :
"I am not ... I cannot say ... I am not going to confirm whether or not there were such documents."

美國大選前專訪前駐華大使駱家輝(下)
專訪駱家輝：王立軍出逃和活摘文件之謎

http://www.epochtimes.com/b5/16/11/8/n8470472.htm

記者：王立軍所攜帶的文件是否與活摘器官有關？

駱家輝：我不……我不能說……我不會確認是否有這樣的文件存在。

（英文原文：I am not ... I cannot say ... I am not going to confirm whether or not there were such documents.）

Why he can not say or confirm ? Is it easy to say NO if really not exist ?!!!!!

On Saturday, October 22, 2016 10:12 AM, "hellenwang201610@yahoo.com" <hellenwang201610@yahoo.com> wrote:

Case: 2:16-cv-01182-MHW-EPD Doc #: 1-2 Filed: 12/19/16 Page: 34 of 77 PAGEID #: 42

# 'Human Rights is Part of the DNA of America': An Interview with Gary Locke on Hillary Clinton, China, and the 2016 Election

By <u>Matthew Robertson</u>, <u>Epoch Times</u> | November 9, 2016 | Last Updated: November 10, 2016 7:47 pm



Gary Locke, the former ambassador to China, became an internet sensation in that country after he was spotted paying for his own Starbucks and carrying his own bags in the Seattle airport, as he got ready to fly to Beijing to assume his post. He subsequently played key roles in a number of major diplomatic incidents between the United States and China, including the attempted defection of Wang Lijun to the American consulate in Chengdu in February 2012, and the shelter of blind dissident Chen Guangcheng in the American consulate in Beijing, in April of the same year.

Ambassador Locke on Nov. 7 accepted a telephone interview from Simone Gao, a news anchor with New Tang Dynasty Television, an independent, overseas Chinese-language broadcaster and a media partner of the Epoch Times.

Epoch Times here republishes the transcript of that interview, edited for brevity and clarity.

***Simone Gao:*** *Ambassador Locke, thank you for accepting this interview. In any presidential election, particularly in this election, American people care a great deal about who the candidates are, because America's future hangs on the judgement and values of the president. We also know that the most important bilateral relationship in the world in the years and decades ahead will be the China-U.S. relationship. So we want to allow those fundamental values and judgements to be reflected, through discussion of human rights, trade, and national security, with regard to the United States and China. I'd also like to explore why you support Secretary Clinton.*

*During the past few decades, the framework of U.S. policy toward China has been engagement — engaging China economically to influence it politically. Now China is the second largest economy in the world but it hasn't gained much freedom, or become more democratic. Instead, foreign investment*

and technology has boosted China's economy and provided the Party with more means to tighten control domestically. Meanwhile, China is investing in the United States, and there are concerns that its economic power now influences the United States. If Secretary Clinton becomes our next president, what is her fundamental thinking on economic relations with China?

**Ambassador Locke:** Well, first of all, let me just say, what a pleasure it is to be able to talk to you about this election, that is so important for the future of Americans. And as you said, for world order, and especially for China–U.S. relations, we need a president who is going to help restore good paying jobs for all of the people in America. We need to make sure that children of working, middle-class families can afford college education. Secretary Clinton is talking about building up our roads and our bridges, which will really improve the safety net and the method of transportation for the people of this country, but at the same time, provide good, good paying jobs for the American people. She is also a trusted, proven leader, and I have known her for over 20 years.

That's why we also need a person of her stature, leading the United States, representing us in the world. You know, we have differences, we have differences between United States and China. But we also have many areas of common interests. And quite frankly, the world is looking for leadership from both China and the United States, working together, cooperating together, to solve some of these tough, tough world issues, whether it is climate change, whether it is stopping the proliferation of nuclear weapons and nuclear arms, fighting piracy off the coast of Africa, stopping North Korea and Iran from developing a nuclear weapon, or just finding a cure for cancer.

There are differences between United States and China, and Secretary Clinton is highly respected in China, but she also speaks her mind. And she has the ability to sit down with the Chinese leaders to talk about these issues, and to get changes. You know, she gave her big speech in China many, many years ago, where she said that, women's rights is human rights. And I was with her when she was advocating on behalf of Chen Guangcheng, the blinded dissident and getting him successfully able to come to the United States. So she speaks up on human rights, she speaks up any time that she believes any country, whether China or Russia or even Germany or France or Canada, is violating international rules, whether it is on trade or human rights.

*Simone Gao: There is a well-known remark by Secretary Clinton about trade and human rights in 2009, to the effect that we would not allow human rights to get in the way of trade. In Chen Guangcheng's recent memoir, he expressed his disappointment with how Secretary Clinton handled human rights in China — both Chen and the human rights lawyer Gao Zhisheng believe that Secretary Clinton sacrificed human rights for trade. Do you find this criticism legitimate? What is Secretary Clinton's basic approach to human rights? Does it belong to the category of foreign affairs, or does it pertain to the fundamental values of America?*

**Ambassador Locke:** She has made it very clear that human rights is part of the DNA of America, and America cares about human rights, and it is always part of our policy and all of our positions. Yes, we support trade but never at the cost of human rights. And if you look at the Chen Guangcheng case, we were all prepared, under her direction and under her leadership, to let him stay in the United States embassy for many many years, if we could not reach an agreement with the Chinese government on his terms. He was setting out the terms by which he was willing to leave the embassy. And if the Chinese government did not agree to those terms, then we, the United States government, with Secretary Clinton's support, were willing to let him stay in the embassy for several years, the way we have with other dissidents in other countries.

But Secretary Clinton continued to press and push the Chinese government to let Chen Guangcheng come to the United States. That demonstrated her commitment to human rights. I was there. I saw all these discussions and so, I disagreed when they said that Secretary Clinton did not advocate on behalf of Chen Guangcheng. She was working night and day on his behalf.

*Simone Gao: Secretary Clinton is well known for her criticism of human rights in China — she has been advocating women's rights and criticising China's one-child policy, however, she has been silent on the most severe human rights violation…*

**Ambassador Locke:** Hey, let me say this, the choice between Hillary Clinton and Donald Trump, Hillary Clinton has had deep respect for the Chinese-American community, and she has been very firm in her discussion with Chinese leaders. And she is a friend of the Chinese-American community in America. She is a friend of the Chinese people. But yes, America has firm differences with the policies of China on trade and human rights, and United States government has always been strong and very candid about those differences.

I have seen Secretary Clinton be very firm and very direct with the Chinese leaders. Now the choice is between Donald Trump and Hillary Clinton. Donald Trump is constantly insulting people of different ethnic groups, including the Chinese. Donald Trump wrote me a letter, that is very, very negative, and

very insulting of the Chinese people. And he has, throughout this campaign, he has insulted people of different ethnic groups, people with physical disabilities, he certainly has been insulting about women and talking about how he can grope them, about how he can kiss them, just because he is a celebrity, even if they don't want to be touched or kissed by him. He's insulted Mexican Americans, Hispanic Americans, a judge, who is a very high-quality judge in America, just because the judge's parents are from Mexico. He has insulted people of Muslim, Islamic faith, and he talks about, for instance, deporting, immediately, all of the illegal immigrants in the United States. The Chinese people need to understand that ten percent of these illegal immigrants are in fact Chinese.

So when Donald Trump said on day one, he wanted to kick out all of the illegal immigrants and they have to reapply to come back into the United States, he is talking about Chinese Americans, too. So who is the better choice in terms of the Chinese-American community in the United States? A person who believes and has worked her entire life on behalf of children and families, like Hillary Clinton, or Donald Trump, who talks about giving the wealthiest people in America another tax break? The very, very wealthy, the millionaires of America, do not need a tax break.

Working middle-class families, the people who are struggling, need a president who is going to create more jobs and help their children go to colleges without having to pay tuition. Because we all know that a college education is fundamental to the American Dream, and provides the opportunity and the skills, so that all people, boys and girls, black and white, yellow, people of all ethnic groups, and all religions, can succeed, that's what America stands for.

America is the land of liberty, hope, freedom and opportunity. We need to make sure that the American Dream can be realized, can be attained, can be achieved, by Chinese-Americans, and people of all different ethnic groups. That's why America is such a strong country, and why so many people from around the world, want to come to America, because of our freedom, our liberty, our way of life, our diversity, our diversity of people, of different cultures, of different languages, of different religions, men and women working together, and achieving great things.

**Simone Gao:** *Tomorrow I will be interviewing the spokesperson from Donald Trump's campaign, and I'll ask that person about the issues you raised, including what you said just now that Donald Trump wrote you a letter, where he said insulting things about the Chinese people. Can you elaborate on that? What did he write, exactly?*



**Ambassador Locke:** Well, he was just complaining about the trade policy, but then, I mean, when I was at the U.S. Department of Commerce, we had concerns about trade policy with China, and rule of law, and making sure that the courts were fair and independent. But the way he said it, was very, very insulting about all Chinese.

I don't have the letter right in front of me, no. But, you know, it was very, very insulting. And that is his character, he is always insulting people. How can we have a world leader, sitting down, how can we have a US president, sitting down with other world leaders, trying to get them to change their behavior if all he does is insult them?

NTD Television host Simone Gao

**Simone Gao:** *Exactly — what people are looking at is not just policy, it's character, judgement, and values. On that, let me…*

**Ambassador Locke:** I mean, Donald Trump, Donald Trump, openly talks about how, what a good business person he is, because he doesn't pay his workers, he doesn't pay his architects, he doesn't pay his contractors. Well, he is smart, he has been a good businessman. I mean, I suppose you are making money, and saving money, by not paying the people who work for you. But is that a person with good character? Would we want our children to grow up to be like that type of person?

**Simone Gao:** *Secretary Clinton has been silent on the most severe human rights violation and religious persecution in China over the last two decades, that is, the persecution of Falun Gong. In fact, neither the Bush administration nor the Obama administration has openly raised the Falun Gong issue*

with China. If Secretary Clinton becomes our next president, what is she going to do about the persecution of Falun Gong? Will she openly demand the Chinese government end the persecution?

**Ambassador Locke:** Actually I have been with Secretary Clinton when she had raised these human rights issues; she talked about religious freedom and she talked about greater autonomy and freedom for ethnic minorities in China and different religious groups. So, I have seen her, I have heard her, raise these issues to the Chinese leaders.

I am confident she will continue to advocate and push for human rights including greater religious freedom and tolerance within China.

*Simone Gao: In June 2016, U.S. Congress passed H.Res. 343, condemning state-sanctioned forced organ harvesting of prisoners of conscience in China. This action is good, however it is fairly late, and it isn't enough. Evidence shows that the crime continues to date. If Secretary Clinton becomes the president, what is she going to do about this crime?*

**Ambassador Locke:** Well, I am not part of her administration, so I cannot say what exactly her proposals are and what steps she is going to take next. All I can tell you is that Hillary Clinton has long had a history standing up and speaking out on behalf of human rights and that human rights is part of our foreign policy. We don't separate it out. It is part of the character of America, which makes us very, very different from most other countries. Human rights is part of our character, that's why we care about human rights. And I have seen Clinton advocate on behalf of human rights in a way that makes other world leaders perhaps uncomfortable, but she is very open about it, very forthright about it, and doesn't run from it.

*Simone Gao: In February 2012 when Wang Lijun fled to the American Consulate in Chengdu, reports say that you recommended the State Department give him asylum status, but it was rejected. It was also said that Wang Lijun brought a number of top secret documents with him pertaining to the Chinese government's top leadership power struggle — the U.S. Congressional Foreign Affairs Committee chair requested the State Department to release these documents, but we never heard anything since?*

**Ambassador Locke:** Those allegations are all completely untrue. We cannot give asylum to a person that is still in the country they are trying to leave. If you want to defect, you have to do that when you are outside the country you are trying to leave. You cannot do it when you are still in that country.

*Simone Gao: So you didn't recommend the State Department grant him asylum?*

**Ambassador Locke:** It was impossible, you could never have done it, if we wanted it to.

*Simone Gao: So you didn't do it?*

**Ambassador Locke:** If let's say, let's say, let's say, let's say you are a Russian general, and you have all these secret documents, and you are to defect and you want to seek asylum. If you go to the U.S. Embassy in Moscow and you say, I want to defect, I want asylum, you have to ask for asylum when you are in the United States or outside of Russia. You cannot ask for it when you are inside Russia. How can we get that general out of Russia? If he comes to U.S. Embassy in Russia and we want to give him asylum, how do we get him to the United States? How do we get him outside of Russia? If we drive out him outside, from the embassy to the airport, the Russian police, the Russian military has the authority and the power to stop the car. They do not have to let the car take him to the airport. Even if we put him on an airplane, the Russian government does not have to let the airplane take off. So how do we get that Russian general outside of Russia. That's why, anytime, for instance, a Russian ballet dancer defects and seeks asylum, they do it when they are visiting another country, maybe they are on tour in France, maybe they are on tour in Canada. Then during a break, they somehow go to the French embassy or the US embassy, and they say, I want to defect, I want to leave Russia, I want to become a citizen or I want to go to United States to defect and to seek asylum. You do it when you are no longer in the country you are trying to leave.

*Simone Gao: At that point in 2012, the U.S. Consulate was surrounded by security forces directed by Bo Xilai and the mayor of Chongqing, but somehow you decided to give Wang Lijun to the head of national security — is that true?*

**Ambassador Locke:** Well, a lot of these things are classified and I cannot comment on it because it is classified information. But let me just tell you this: We were not going to let him walk out of the consulate in Chengdu, because he would have been apprehended and taken into custody by the security forces from Chongqing sent there by Bo Xilai. And we feared, we were concerned for his safety. We knew that just letting him walk out of the consulate would be very dangerous for him and that he might not be seen again. So, and because he cannot seek asylum, it is physically, legally impossible to seek asylum, to defect to the United States, if you are still in China at that time, we enabled him to make phone calls to Beijing and to talk to people who could guarantee his safety out of

*This is not true, professor Fang Lizhi got approved during June 4th, 1989. during June 4th 1989 in Beijing US ⊕ embassy !*

11/11/2016 10:19 AM

the U.S. consulate in Chengdu. We helped him secure safe passage out of the consulate in Chengdu.

**Simone Gao:** *Thank you for that clarification. Were any of the documents he brought related to forced organ harvesting?*

**Ambassador Locke:** I am not at lib... I cannot say .. I am not going to confirm whether or not there were such documents.

*Why he Can not Say NO?*

**Simone Gao:** *OK. I touched on this question before, but let me ask again: You are well known in the Chinese community, and you're a familiar figure to everyday people in China. These people will want to know: Why do you support Secretary Clinton?*

**Ambassador Locke:** Because she is a proven, effective leader. She works with people of all different political backgrounds and beliefs to get things done, to benefit the American people. She has very clear policies and goals for creating more good paying jobs for the American people, making sure that the children of working middle-class families can attend a college or university, without being in debt. And she is a respected world leader. And we need a person that our young people can look up to as a role model, and we need to make sure that the children of America continue to have big dreams and know that if they work hard and study hard, we have a president that will work on their behalf, so that their dreams can come true.

We need a president who is going to bring the people of the world together, bring the people of America together, to solve some of the tough issues facing us. We need a leader who values the many ethnic and cultural groups, religious groups, men and women of America, the diversity of America, because it is that great diversity of people — immigrants from around the world — that have made America great. And we need a president who recognizes the contribution of immigrant groups, recognizes the contribution of different cultures and people of different languages, and inspires them to work even harder, so that America is even a better place to live, work and raise a family, so that America continues to be a beacon of hope and opportunity and freedom for people around the world. So that America can be an example to people around the world, and to governments around the world.

**Simone Gao:** *A final question. A peaceful and prosperous China will be a blessing for the world and the United States — where does Secretary Clinton see the positive force that will contribute to peace and prosperity for a future China? How will she work with and nurture this positive force?*

**Ambassador Locke:** Anyone who has seen Secretary Clinton in the past, sees how she brings people together, how she respects people of different cultures, languages, and religions and ethnic groups, and tries to celebrate that diversity and capitalize on that diversity. People of different viewpoints, people with different ideas, when they come together, they actually come up with a better solution. And so many of the issues facing the world cannot be solved just by United States alone or even by China alone, or France alone, or Germany alone. They need world leaders and people of different countries all coming together.

---

Article printed from The Epoch Times: **http://www.theepochtimes.com**

URL to article: **http://www.theepochtimes.com/n3/2184072-human-rights-is-part-of-the-dna-of-america-an-interview-with-gary-locke-on-hillary-clinton-china-and-the-2016-election/**

Click here to print.

Copyright © 2016 The Epoch Times. All rights reserved.

# Report Reveals Vast State-Run Industry to Harvest Organs in China

## Up to 1.5 million organ transplants may have taken place in China since 2000, mostly harvested from Falun Gong prisoners of conscience, report says

By Matthew Robertson, Epoch Times | June 22, 2016 | Last Updated: August 7, 2016 4:40 pm



WASHINGTON—Transplant surgeons in China are awash in human organs. Some complain of working 24-hour shifts, performing back-to-back transplant surgeries. Others ensure they've got spare organs available, freshly harvested—just in case. Some hospitals can source organs within just hours, while others report having two, three, or four backup organs, in case the first organ fails.

All this has been taking place in China for over a decade, with no voluntary organ donation system and only thousands of executed prisoners—what China says is its official organ source. In phone calls, Chinese doctors have said the real source of organs is a state secret. Meanwhile, practitioners of Falun Gong have disappeared in large numbers, and many have reported being blood tested while in custody.

*Jump to Infographic*

An unprecedented report by a small team of relentless investigators published on June 22 documents in sometimes astonishing detail the ecosystem of hundreds of Chinese hospitals and transplant facilities that have been operating quietly in China since around 2000.

**Related Coverage**



• 'Slow Motion Genocide' Subject of New Report on Organ Harvesting in China

Collectively, these facilities had the capacity to perform between 1.5 and 2.5 million transplants over the last 16 years, according to the report. The authors suspect the actual figure falls between 60,000 and 100,000 transplants per year since 2000.

"The ultimate conclusion of this update, and indeed our previous work, is that China has engaged in the mass killing of innocents," said co-author David Matas upon the report's launch at the National Press Club in Washington on June 22.

The study, titled "Bloody Harvest/The Slaughter: An Update," builds on the previous work of the authors on the topic. Released shortly after the passage of an official censure of organ harvesting in China by the U.S. House of Representatives, the research poses an explosive question: Has large-scale medical genocide been taking place in China?



David Kilgour (L) with David Matas (C) and Ethan Gutmann, authors of "Bloody Harvest/The Slaughter: An Update." (Simon Gross/Epoch Times)

## Big Profits

The People's Liberation Army General Hospital, whose main task is to provide health care for top Communist Party and military officials, is among the most advanced and well-equipped hospitals in China. The number of organ transplants it performs is a military secret—but by the early 2000s, its clinical division, the 309 Hospital, was making most of its money from them.

**Related Coverage**


At Congressional Hearing, China's Organ Harvesting Seen Through Rose-Colored Glasses

"In recent years, the transplant center has been the primary profitable health care unit, with gross income of 30 million yuan in 2006 to 230 million in 2010—a growth of nearly eightfold in five years," its website states. That's a jump from US$4.5 million to US$34 million.

The PLA General Hospital wasn't the only health care institution to stumble across this lucrative business opportunity. The Daping Hospital in Chongqing, affiliated with the Third Military Medical University, also managed to boost its revenue from 36 million yuan in the late 1990s, when it had just started performing transplants, to nearly 1 billion in 2009—a growth of 25 times.

Even Huang Jiefu, China's spokesman on organ transplantation, stated to the respected business publication Caijing in 2005: "There's a trend of organ transplantation becoming a tool for hospitals to make money."

How these remarkable feats were achieved in so short a time across China, when there was no voluntary organ donation system, when the number of death row prisoners was decreasing, and where the waiting times for patients expecting transplants could sometimes be measured in weeks, days, or even hours, is the subject of the new 680-page (including citations) report.

Parts of the report, drawing from whistle blower testimonies and Chinese medical papers, state that some donors may not have even been dead when their organs were removed.

"This is extremely difficult research to have done," said Li Huige, a professor at the medical center of the Johannes Gutenberg University Mainz in Germany, and a member of the Doctors Against Forced Organ Harvesting advisory board, after reviewing the study.

The report contains a forensic tally of all known organ transplantation centers in China—over 700 of them—and counts their bed numbers, utilization rates, surgical staff, training programs, new infrastructure, recipient waiting times, advertised transplant numbers, use of anti-rejection drugs, and more. The authors, armed with this data, estimated the total number of transplants performed. The number stretches past 1 million.

This conclusion, though, is only half the story.

"It's a mammoth system. Each hospital has so many doctors, nurses, and surgeons. That in itself isn't a problem. China's a big country," said Dr. Li, in a telephone interview. "But where did all the organs come from?"

## Captive Bodies

Organs for transplant can't be removed from dead bodies and simply placed into storage until needed; they need to be recovered before or soon after death, and then quickly implanted into a new host. The often desperate timing and logistics around this process make organ matching in most countries a complex field, with waiting lists and dedicated teams who encourage family members of accident victims to donate organs.

But in China, the donors seem to be captive, waiting around for the recipients.

**Related Coverage**


Removal of Organ Harvesting Mastermind Cues Real Change in China

Changzheng Hospital in Shanghai, a major PLA medical center, reported performing 120 "emergency liver transplants" as of April 2006.

The term refers to when a patient with a life-threatening condition is admitted to the hospital or transplant ward, and a matching organ is found within only hours or days. This is rare in other countries.

But Changzheng Hospital published a paper in the Journal of Clinical Surgery, a Chinese medical journal, about its success with emergency transplants. "The shortest time for a patient to be transplanted after entering the hospital was four hours," it stated.

In a one-week period from April 22 to April 30, 2005, the hospital performed 16 liver and 15 kidney transplants.



Chinese doctors carry fresh organs for transplant at a hospital in Henan Province on Aug. 16, 2012. (Screenshot/Sohu.com)

The First Affiliated Hospital of Zhejiang University published its own study in a similar vein, documenting that between early 2000 and late 2004, 46 patients received "emergency liver transplants"—meaning that recipients were all matched with a donor within 72 hours.

Even the official China Liver Transplant Registry, in a set of slides presenting its 2006 annual report, compares the number of "selectively timed" transplant surgeries with the emergency transplants. There were 3,181 regular transplants in the year, and 1,150, or just over a quarter, were made under emergency matching conditions.

These phenomena are extremely difficult, if not impossible, to explain according to official pronouncements. And they stand as prima facie evidence that a captive donor population is on standby for its organs to be harvested.

"This is very emotive for me," said Wendy Rogers, an Australian bioethicist at Macquarie University, whose close friend suffered liver failure due to hepatitis and needed a transplant within three days if she was to live.

**Related Coverage**



• Bringing a Former Chinese Dictator to Justice

"She was extraordinarily lucky to get one in that timeframe," Dr. Rogers said.

"But to do 46 of them in a row? It's hard to think of another plausible explanation, apart from killing on demand."

Parts of the report, drawing from whistleblower testimonies and Chinese medical papers, state that some donors may not have even been dead when their organs were removed. This includes the testimony of a former paramilitary police officer, who said he witnessed a live harvest operation conducted without anesthesia, and that of a former health care worker in Jinan.

## Targeted for Elimination

The authors of the new report, relying on previous evidence and new findings, contend that the primary population in China that could have been targeted in this way are prisoners of conscience, composed primarily of practitioners of Falun Gong.

Falun Gong is a traditional discipline of the Buddhist school that became extremely popular in China throughout the 1990s. It involves doing five meditative exercises and living according to teachings based on the principles of truthfulness, compassion, and tolerance. The state tacitly supported Falun Gong, and an official survey indicated there were upward of 70 million practitioners by 1999—more than the number of members in the Communist Party.



Plainclothes police arrest Falun Gong practitioners on Tiananmen Square, Beijing, in 1999. (Compassion Magazine)

In July 1999, the leader of the regime, Jiang Zemin, unleashed a national campaign to eliminate the practice. He initially met with high-level opposition, but quickly turned the anti-Falun Gong mobilization into a means of consolidating his power within the Party, as he promoted loyalists and sidelined resisters.

Organ harvesting as a means of eliminating the Falun Gong population appears to have begun by the following year.

The evidence that this has been taking place has been available for a decade now—but this is the first time the estimated death toll has been so formidable, the sheer volume of evidence so overwhelming, and the central role of the state as enabler so clear.

The three authors of the report—David Kilgour, David Matas, and Ethan Gutmann—have previously published reports on the topic, but this is the first time they have joined forces. Even they were surprised by the results of the study.

"When you were a kid, did you ever pick up a big rock and see all this life underneath it—ants and insects? That's what the experience of working on this report has been like," said Gutmann, a journalist whose book on the topic, "The Slaughter," was published in 2014.

**Related Coverage**



• Interview With David Kilgour, Co-author of New China Organ Harvesting

Report

Kilgour is a former Canadian parliamentarian and Matas is a well-known human rights lawyer; the pair published a book on the topic, "Bloody Harvest," in 2009, which followed a groundbreaking report by the same name released in July 2006.

In the last few years, researchers of transplant abuse in China had largely been under the impression that the scale of organ harvesting had retreated considerably, or at least that Falun Gong practitioners and other prisoners of conscience were no longer targeted.

The authors discovered this was not so. "They've built a juggernaut," Gutmann said. "We're looking at a gigantic flywheel, which they can't seem to stop. I don't believe it's just profit behind it, I believe it's ideology, mass murder, and the cover-up of a terrible crime where the only way to cover up that crime is to keep killing people who know about it."

The backbone of the report, and its single largest section, is an exhaustive account of every hospital in China that is known to perform transplants. Of the 712 hospitals that are identified, 164 are given detailed, individual treatment in the report.

## Centers of Harvesting

The Nanjing General Hospital, in the Nanjing Military Command, for instance, is given two pages. The report discusses the prolific career of Li Leishi, the founder of the kidney research center at the hospital; there was even a Communist Party document that made it mandatory to study the "model" he had established. Li was commended by the regime for building one of the fastest growing kidney transplant centers in the country.

In a 2008 interview, Li, then 82 years old, said that in the past he typically performed 120 kidney transplants a year, but now does only 70. Another chief surgeon was reported to be performing "hundreds of kidney transplants a year" as of 2001. With 11 chief and six associate surgeons engaged in kidney transplants, the total volume of transplants at the hospital may have reached around 1,000 annually, the report states.

**Related Coverage**



China's Forced Organ Transplant Industry Much Larger Than Suspected, Say Canadian Investigators

Astonishing transplant volumes like this appear throughout the report.

At Fuzhou General Hospital, also in the Nanjing Military Command, Dr. Tan Jianming had personally directed 4,200 kidney transplants as of 2014, according to his biography on a website belonging to the Chinese Medical Doctor Association.

The Xinqiao Hospital, affiliated with the Third Military Medical University, in southwest Chongqing, said it had performed 2,590 kidney transplants by 2002, including 24 in a single day.

Zhu Jiye, director of the Peking University Organ Transplant Institute, said in 2013: "There was one year in which our hospital did 4,000 liver and kidney transplant operations."



A re-enactment of organ harvesting in China on Falun Gong practitioners, during a rally in Ottawa, Canada, in 2008. (Epoch Times)

In a June 2004 paper published in the Medical Journal of the Chinese People's Armed Police Forces, a handy table is provided that notes that the Beijing Friendship Hospital and the Guangzhou Nanfang Hospital had conducted more than 2,000 kidney transplants by the end of 2000. Three other hospitals each recorded performing 1,000 by the end of that year. Most of these must have been performed only in a year or so, given that up until the end of the 1990s, transplantation in China was a boutique medical niche.

Hospital after hospital, page after page, volume figures like this are laid down, sourced back to official Chinese publications, including speeches, internal newsletters, hospital websites, medical journals, media reports, and more.

Without exception, these hospitals only discussed such impressive volume figures beginning in the year 2000. The massive infrastructure development and surgeon training programs also only began to be reported then—soon after the onset of the persecution of Falun Gong.

## State Killing Machine

The Chinese regime's official line on its organ sources has shifted over time. In 2001, when the first defector emerged from China claiming that the regime was using death row prisoners as an organ source, official spokesmen denied it, claiming that China relies primarily on voluntary donors.

In 2005, officials began hinting that death row prisoners were used instead. And after allegations of organ harvesting from Falun Gong practitioners were made public, in 2006, Chinese officials insisted that death row prisoners, who consented to having their organs removed after death, were the primary source.

**Related Coverage**



• <u>Interview With Ethan Gutmann, Co-author of New China Organ Harvesting Report</u>

But the menacing conclusion that slowly emerged through the research published in the report —which includes nearly 2,000 footnotes—is that the entire industry was deliberately created, almost overnight—right after an abundant new organ source became available.

This is suggested by the immense state involvement, both at the central and local levels, in the industry. Beginning in the 1990s, China's health care system was largely privatized, with the state only paying for infrastructure, while hospitals had to finance themselves.

The liver transplant center at Renji Hospital saw a leapfrogging number of transplant beds: from 13 in late 2004, to 23 only two weeks later, to 90 in 2007, to 110 in 2014.

In 2006, Tianjin First Central Hospital added an entire 17-story building, with 500 beds, just for organ transplants. There are many other such cases; the report contains photographs of the often impressive buildings.

Organ transplantation quickly became a profitable business, and the central and local governments underwrote research and development, the construction of palatial new transplant facilities, and funded doctor training programs, including the overseas training of hundreds of transplant surgeons.



The Tianjin First Central Hospital. (Hospital files)

An entire industry of Chinese-made anti-rejection drugs came online, while Chinese hospitals began developing their own preservative solutions, chemicals in which organs are kept while being transported between the donor and the recipient.

As the transplant center associated with China Medical University in Shenyang <u>said</u> on its website: "To be able to complete such a large number of organ transplant surgeries every year, we need to give all of our thanks to the support given by the government. In particular, the Supreme People's Court, Supreme People's Procuratorate, Public Security system, judicial system, Ministry of Health, and Ministry of Civil Affairs have jointly promulgated laws to establish that organ procurement receives government support and protection. This is a one-of-a-kind in the world."

The authors of the report have declined to give a death toll. While it is possible that in some cases multiple organs came from a single victim, until 2013 China had only an ad hoc and localized matching system. Chinese surgeons have also complained about the great wastage in China's transplant industry, where often only one organ comes from one donor. Thus, if 60,000 to 100,000 transplant surgeries were performed annually, the death toll of organ harvesting in China may stretch to 1.5 million.

As China Medicine Report wrote in a late 2004 summary of the transplant industry: "Currently, because China has no interactive organ registration system, sometimes only a kidney is taken from a donor and many other organs are simply wasted."

**Related Coverage**



· Investigative Report: A Hospital Built for Murder

Matas, at the press conference on June 22, said: "The phenomena of multiple organs from one person has been happening, but in a statistically insignificant way."

According to Lan Liugen, the deputy director of surgery at the PLA's No. 303 Hospital in Guangxi Province, as of early 2013 there were only two hospitals in China that could procure and transplant multiple organs from a single donor. "Such surgeries are the best use of donor resources," he said. "Currently only countries like the United States, Germany, and Japan can do multiple organ transplants from the same donor simultaneously."

The authors are publishing their findings at a time when the climate of opinion on this issue seems poised for a shift: Journalists are more willing to look into the topic; documentaries on it are being produced and winning awards; and the number of transplant doctors and ethicists who are learning about China's transplant system, and who are appalled by it, is growing.

Recently, the United States House of Representatives passed a resolution expressing concern about China's practices, with House members denouncing them as "ghoulish" and "disgusting."

**Related Coverage**



· China's Former Security Chief Implicated in Organ Harvesting



· Interview With David Matas, Co-author of New China Organ Harvesting Report

A 2015 documentary titled "Hard to Believe," now screening on PBS stations, explores how the issue has been received by the fields of journalism and medicine. The gravity of what has taken place in China for a decade and a half is only now beginning to sink in. (Disclosure: The author of this article was interviewed for the documentary.)

Rogers, the Australian bioethicist, says she has found that others have difficulty taking in what is happening in China.

"I had to explain it in detail to a German friend who's a bioethicist, who deals with many challenging international topics," Rogers said. "She literally couldn't believe me, and asked, 'Why didn't I know about this already?'"

*__Return to top__*

# BY THE NUMBERS

## CHINA'S UNEXPLAINED ORGAN TRANSPLANTS OVER 15 YEARS

China built hospitals, trained staff, and bought drugs to complete millions of organ transplants from 2001 to 2016, but the regime claims only 150,000–300,000 transplants have taken place. Here's how the numbers stack up.



Approved hospitals perform the bulk of transplant operations studied in the report—approximately 475 per hospital per year, totalling **1,039,500 over 15 years.** Unapproved hospitals operated from 2001 to 2007 and averaged 86 transplants per hospital per year, totalling **339,850 from 2001 to 2007**.



▸ *Each figure represents*
**5,000 TRANSPLANT OPERATIONS**



▸ **OFFICIAL STATISTICS**
The regime claims 10,000 to 20,000 transplants are done each year, averaged here as 225,000 over 15 years.



## Fwd: FYI Hate Crime of Donald Trump against Muslim

**Hong Wang** <hong.wang1@oh-oca.org>                                    Sat, Sep 24, 2016 at 10:23 PM
To: jennifery@thehill.com, opinion@thehill.com

Please help forward the email to president, board directors and your friends.

I forward the following email that I reported to Justice Department, Congress and president Obama, Phily FOP and National FOP   for Hate Crime of Donald Trump against Muslim. I am not a Muslim, I am a Falun Gong Practioner.

As you may all know, Falun Gong, which is based on the law of the universe, Truth, Compassion and Forbearance, has been persecuted in China since 1999.  Even in oversea like USA, Falun Gong practioners has experienced  hate crime from those Chinese who were affected by slanders from Chinese Communist Party.

I could feel the feelings of Muslim, the victims of hate Crime created by Donald Trump!

I would like to put Martin Niemöller famous quote here again

" First they came for the Socialists, and I did not speak out—
Because I was not a Socialist.
Then they came for the Trade Unionists, and I did not speak out—
Because I was not a Trade Unionist.
Then they came for the Jews, and I did not speak out—
Because I was not a Jew.
Then they came for me—and there was no one left to speak for me. "

Thank you for stand up to protect Justice of USA.

hong

---------- Forwarded message ----------
From: Hong Wang
Date: Wed, Sep 14, 2016 at 8:42 PM
Subject: Hate Crime of Trump against Muslim
To: Press@usdoj.gov
Cc: Danyell.Tremmel@mail.house.gov, Katie.Donnell@mail.house.gov, James.Min@mail.house.gov,
Kyle.Lombardi@mail.house.gov, Tiffanii.Woolfolk@mail.house.gov, Charles.Henry@mail.house.gov,
Darren.Achord@mail.house.gov, Robert.Edmonson@mail.house.gov, Dick.Meltzer@mail.house.gov,
Courtney.Whetstone@mail.house.gov, Brian_McGuire@mcconnell.senate.gov,
Philip_Maxson@mcconnell.senate.gov, Pablo_Carrillo@mccain.senate.gov,
Joe_Donoghue@mccain.senate.gov, Elizabeth_O'Bagy@mccain.senate.gov,
Mark_Isakowitz@portman.senate.gov, Pam_Thiessen@portman.senate.gov,
Tyler_Brace@portman.senate.gov, Sarah_Benzing@brown.senate.gov,
Jeremy_Hekhuis@brown.senate.gov, Anna_Gokaldas@brown.senate.gov,
Gideon_Bragin@brown.senate.gov, "Walls, Jesse" , "Alford, Tim"

Dear Attorney General , Justice Department and Congress Leader

Good night.

This morning I reported you "Accessory to murder investigation on Hillary Clinton and State Department"

Now I want to raise you about the Hate Crime of Trump against Muslim

Please read this article :

Donald Trump and the Spike in Anti-Muslim Hate Crimes in the U.S.

http://www.slate.com/blogs/the_slatest/2016/05/09/donald_trump_and_the_rise_of_anti_muslim_hate_crimes.html.

We all see this fact all over USA during this election. Even though I am not a Muslim, I do not want to see

"Then they came for the Jews, and I did not speak out—
Because I was not a Jew.
Then they came for me—and there was no one left to speak for me."

I knew Hate Crime, since I am a victim of it. It is what Chinese Communist Party (CCP) did and is doing to Falun Gong.

Several times in New York, DC and other cities when I joined Falun Gong activities, I heard and saw those horrible words toward us. I always have to tell my son to keep distance with them. Several years ago in DC even in front of one congress building, one CCP just took picture of my little son because I wear a yellow Falun Dafa T shirt. I told him that if he did not stop and delete those pictures, I will report to police. He then left and took picture again from distance. They may never know and read any Falun Gong book. They hate us simply because they were brainwashed by the slanders from CCP.

There is a lot of reports, and here is one example :

San Francisco: Falun Gong Practitioners Expose CCP Hate Crimes (Photos)
http://en.minghui.org/html/articles/2012/6/18/134025.html

Falun Dafa (or Falun Gong) is an ancient meditation practice consisting of five sets of easy-to-learn gentle movements and meditation. It is a high level cultivation practice which is guided by the characteristics of the universe – truthfulness, compassion, and forbearance. It tremendously help to reduce stress and bring great improvements in health and fitness. It is always taught free of charge by volunteers, and can be practiced individually or in groups. www.falundafa.org

Here is an introduction video for Falun Gong
https://www.youtube.com/watch?v=aJ-A6xY47jc

Once again I would like to bring the Hate Crime of Trump against Muslim to you since it may happen to anyone else.

Thank you so much for protect Justice in USA.

hong



hellen wang <hellenwang2016@gmail.com>

## FYI Subject: SEC Response HO::~00588042~::HO

**hellen wang** <hellenwang2016@gmail.com>
To: hellen.wang2016@gmail.com

Sun, Dec 18, 2016 at 5:42 PM

**From:** "\"Help\"" <help@sec.gov> <help@sec.gov>
**Date:** September 8, 2016 at 4:08:18 PM EDT
**To:** "hong.wang1@oh-oca.org" <hong.wang1@oh-oca.org>
**Subject: SEC Response HO::~00588042~::HO**

Via email:
Mr. Wang
hong.wang1@oh-oca.org

Re: ES999999/HO::~00588042~::HO

Dear Mr. Wang:

Thank you for contacting the U.S. Securities and Exchange Commission (SEC) . This email confirms receipt of your September 2, 2016 and September 3, 2016 correspondence to the SEC's Chair Mary Jo White and others regarding your concerns about QiaoWai and the U.S. Immigration Fund. Your emails have been forwarded to the SEC's Office of Investor Education and Advocacy (OIEA) for review and response.

OIEA processes many complaints received from individual investors and others. We keep records of the correspondence we receive in a searchable database that SEC staff may make use of in inspections, examinations, and investigations. In addition, some correspondence received by OIEA is referred directly to other SEC offices and divisions for their review. If they have any questions or wish to respond directly to your comments, they will contact you.

The SEC conducts its investigations on a confidential and nonpublic basis and neither confirms nor denies the existence of an investigation unless the SEC brings charges against someone involved. We do this to protect the integrity and effectiveness of our investigative process and to preserve the privacy of the individuals and entities involved. As a result, we will be unable to confirm whether an investigation exists or provide you with any updates on the status of your complaint or of any pending SEC investigation. Information on our policy is enclosed. You may wish to check our website, www.sec.gov, for information about pending SEC civil actions, administrative cases, and other matters.

Should you have any questions, please contact Steven G. Johnston, an OIEA attorney, at 202. 551.6349.

Sincerely,

Gloria Smith-Hill
Branch Chief
Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission
(800) 732-0330
www.sec.gov
www.investor.gov
www.twitter.com/SEC_Investor_Ed

## INFORMATION ABOUT SEC INVESTIGATIONS

Each year, thousands of investors ask the Securities and Exchange Commission to investigate the activities of other investors, financial professionals, corporations, brokerage firms, investment companies, stock exchanges, and others. These complaints generally suggest some improperly or misconduct and sometimes make a plea to the SEC for direct assistance in resolving a grievance.

The SEC has the authority to investigate whether violations of the federal securities laws have occurred, and we make every effort to evaluate promptly and thoroughly the information provided by investors. But we cannot investigate every investor complaint. While many investor complaints do lead to full investigations and, if appropriate, to enforcement actions, we cannot guarantee that our review will lead to further investigation or that the SEC will take any legal action.

We also cannot provide you with updates on the status of your complaint or your request for an investigation. The SEC conducts investigations confidentially for two main reasons. First, we can conduct investigations more effectively if they are not announced publicly. For instance, important documents and evidence can be destroyed quickly if people hear of an investigation. Second, we keep our investigations confidential to protect the reputations of companies and individuals if we find no wrongdoing or decide we cannot bring a successful action against them. The SEC will not confirm or deny the existence of an investigation unless, and until, it becomes a matter of public record as the result of a court action or administrative proceeding.

When there is proof that someone has violated the securities laws, the sanctions may include financial penalties, orders to surrender profits, cease and desist orders, or an injunction by a court to prevent further violations. The SEC may also bar individuals from working for a securities firm, investment adviser, or investment company. We can also ask a federal court to bar individuals from being officers and directors of publicly held companies. In some situations, we may refer a case to the Department of Justice for possible criminal prosecution.

The SEC publishes news releases about its lawsuits and administrative actions, and the news media often report on them. You can read and download the SEC's "Enforcement Actions" on our website at www.sec.gov/divisions/enforce/enforceactions.shtml. Or you can obtain hard copies by reviewing "How to Request Public Documents" at: http://www.sec.gov/answers/publicdocs.htm

Gmail - FYI Subject: SEC Response HO::~00588042~::HO

Written requests may be submitted to:
U.S. Securities and Exchange Commission
Office of FOIA/PA Operations
100 F Street N.E.
Washington, DC 20549-2736
Fax: (202) 772-9337
Tel: (202) 551-8300

ref:_00D30JxQy._500t02zRvRAAU:ref

Sent from my iPhone

M Gmail

hellen wang <hellenwang2016@gmail.com>

## FYI Subject: Report EB5 Cheating of QiaoWai for Kushner Company, KABR and US Immigration Fund on Trump Bay Street tower Chinese Ads

hellen wang <hellenwang2016@gmail.com>
To: hellen wang <hellen.wang2016@gmail.com>

Sun, Dec 18, 2016 at 5:51 PM

Sent from my iPhone

Begin forwarded message:

From: Hong Wang <hong.wang1@oh-bca.org>
Date: September 2, 2016 at 1:29:39 AM EDT
To: chairmanoffice@sec.gov, SECinterpreter@sec.gov, help@sec.gov, ocal@sec.gov, shareholderproposals@sec.gov, newyork@sec.gov
Cc: Darrell.Tremmel@mail.house.gov, Katie.Donnell@mail.house.gov, James.Min@mail.house.gov, Kyle.Lombardi@mail.house.gov, Tiffani.Woolfolk@mail.house.gov,
Charles.Henry@mail.house.gov, Darren.Achord@mail.house.gov, Robert.Edmonson@mail.house.gov, Dick.Meltzer@mail.house.gov, Courtney.Whetstone@mail.house.gov,
Brian_McGuire@McConnell.senate.gov, Philip_Maxson@McConnell.senate.gov, Pablo_Carrillo@McCain.senate.gov, Joe_Donoghue@McCain.senate.gov,
Elizabeth_O'Bagy@McCain.senate.gov, Mark_Isakowitz@Portman.senate.gov, Pam_Thiessen@Portman.senate.gov, Tyler_Brace@Portman.senate.gov, Sarah_Benzing@Brown.senate.gov
, Jeremy_Hekhuis@Brown.senate.gov, Anna_Gokaldas@Brown.senate.gov, Gideon_Bragin@Portman.senate.gov, "Walls, Jesse" <Jesse.Walls@mail.house.gov>, "Alford, Tim"
<Tim.Alford@mail.house.gov>
Subject: Report EB5 Cheating of QiaoWai for Kushner Company, KABR and US Immigration Fund on Trump Bay Street tower Chinese Ads

Dear SEC and Congress Leaders

Good morning, I am writing to you to report QiaoWai, the Chinese partner of US Immigration Fund ( Chinese name 美国移民基金 ) Ads ( See Attached) for Trump Bay Street tower Kushner
and KABR Company in China cheating on EB5.

This is the Chinese Ads website http://www.qiaowai.net/zhuanti/xzx/

It clearly stated ( as attached picture and below email ) that US Immigration Fund has strong backup from government, gained support from Obama, Debbie Wasserman -Schultz and Ron
Klein in person.

It also stated in the ads that it is the only one that fit for urgent approve by INS due to Hurricane Sandy.

In the ads it said that Trump Bay Street tower is luxury apartments, started build from April, 2013, need 24 month ( actually based on report, it is expected to finish in the end of 2016), I am
so surprise to know that for a luxury apartment tower which at least take more than 2 years to build, it will help Hurricane Sandy !

is it because it got support from Obama, Debbie Wasserman  etc ? I also know QiaoWai has a lot of Ads for US with great support from Rudy Giuliani, I believe this obviously violated EB5
law and using EB5 cheating Chinese people.

In the following CNN report, Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/
both Trump or Kushner did not mention its Chinese Partner QiaoWai and how Chinese connect to them through the Ads in China.

Since  Kushner Company is also the major financial support for Trump Campaign based on report , , I think it needs to investigate how Kushner company used money,

Information related to Trump tower EB5 and his daughter best friend Wendi Deng ( Chinese Spy and cheating on Greencard ) also be reported to INS, State Department and FBI.

Thank you for your attention.

hong

---------- Forwarded message ----------
From: Hong Wang <hong.wang1@goh-oca.org>
Date: Sun, Aug 28, 2016 at 6:33 PM
Subject: Please help investigate EB5 for Trump NJ tower with Hurricane Sandy ? IRe: Report wendi Deng cheating on INS for greencard Fwd: The story behind Trump Tower, Obama, Rudy Giuliani, Debbie Wasserman and National Security Ivanka best Friend Wendi Deng Chinese Spy
To: LockboxSupport@uscis.dhs.gov, csc-ncsc-followup@dhs.gov, vsc.nscdfollowup@dhs.gov, NSCFollowup.NCSC@uscis.dhs.gov, psc.nscdfollowup@uscis.dhs.gov, tsc.ncsdfollowup@dhs.gov, SCOFSSCATA@dhs.gov, CISHistory.Library@dhs.gov, uscis.espanol-webmaster@uscis.dhs.gov, KCCDV@state.gov, 212cwaiver@state.gov, business.visa@state.gov
Cc: "Donald J. Trump" <Donald.J.Trump@donaldjtrump.com>, info@speakerkerryan.com, evening@cbsnews.com, facethenation@cbsnews.com, 60m@cbsnews.com , info@cnbc.com, situationroom@cnn.com, comments@foxnews.com, special@foxnews.com, oreilly@foxnews.com, hannity@foxnews.com, hardball@msnbc.com, datel ine@nbcuni.com, nightly@nbc.com, today@nbc.com, newsdesk@newshour.org, frontline@pbs.org, rusk@elbnet.com, lynda@hannity.com, letters@nytimes.com, new readers@washpost.com, letters@theatlantic.com, themail@newyorker.com, letters@time.com, info@ap.org, fair@fair.org, Megan.Garvey@latimes.com, Christi s-tips@nytimes.com, nytreviws@nytimes.com, public@nytimes.com, accuracy@usatoday.com, wsj.ltrs@wsj.com, newseditors@wsj.com, letters@washpost.com, na.Ballarton@latimes.com, Kim.Murphy@latimes.com, Jacqueline Cartagena <jcartagena1@bloomberg.net>, msames@politico.com, jyuan@politico.com, ewilliams@poli tico.com, info@politicopro.com, booking@politico.com, speaking@politico.com, mswralickowski@politico.com, newsrelease@politico.com, david.crundwell@thomsonreuters.com, brian.mairs@ thomsonreuters.com, jamie.brown@thomsonreuters.com, mark.roy@thomsonreuters.com, nyc.equities.newsroom@news.reuters.com, cindy.di@epochtimes.com, joshua.philippe@epochtimes.com, john@johnmccain.com, info@rrccvictory.com, info@johnkasich.com, "Donald J. Trump for President, Inc." <info@donaldtrump.com>, robpor tman@robportman.com, info@marcorubio.com, info@kirkforsenate.com

Dear INS and State Department

Based on below Trump tower ads( picture attached as well) http://www.qiaowai.net/zhuanti/xzv/, it clearly stated that Trump NJ tower EB5 is the only EB5 urgently approved due to Hurricane Sandy . Why his tower EB5 is the only one urgently approved due to Hurricane Sandy ? It take years to build that tower when Hurricane Sandy already gone !

is it because it got help from Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ?

Need INS to check this issue, especially as I just reported that Ivaka Trump's best friend Wendi Deng cheated INS for greencard and she is a Chinese Spy based on reports. So it is national security why Trump NJ tower Rich Chinese got EB5 urgent approved by Hurricane Sandy !

Please also forward to FBI for investigation too since this is related to national security. Trump is presidential candidate and he obviously did not mention his NJ tower . EB5 urgent approved due to Hurricane Sandy with support of Obama in any of his public speech. http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/ why he hide this information ?!

thanks

hong

On Sun, Aug 28, 2016 at 3:47 PM, Hong Wang <hong.wang1@goh-oca.org> wrote:
Dear INS

Good afternoon. The following email has been sent to Trump for two months ago , I still saw his daughter Ivaka vacation with Wendi Deng, the Chinese Spy who cheated INS to got her green card years ago.
http://www.vanityfair.com/news/2016/08/ivanka-trump-wendi-deng-vacation

So I decide to report to INS directly here.

Please help investigate, Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch, is a Chinese Top level spy (The general political department), with close relationship of Zeng qinghong. She violated USA INS law on Green Card that she only stayed with her 1st husband for 5 month, even though she divorced at 2 years and 7 month. She stayed at mean time with David Warff, who paid her Yale tuition. Where the money came from since David Warff is not wealthy at all and only work for a Chinese company? You should investigate on her first ! using google 邓文迪, 温切斯 and you will see a lot of reports, using google translator to know more on her, here is one English report: Rupert Murdoch Divorces Wendi Deng after Chinese Communist Party Spy Revelation
http://www.visiontimes.com/2013/12/09/rupert-murdoch-divorces-wendi-deng-after-chinese-communist-party-spy-revelation.html
Here are one of Chinese report http://www.aboluowang.com/2013/0619/313801.html

Chinese communist party is always try to interfere freedom in USA, Please see this report as well:

Beijing-by-the-Bay: Rose Pak and China's Hidden Influence in San Francisco

http://www.theepochtimes.com/n3/2093931-beijing-by-the-bay-rose-pak-and-chinas-hidden-influence-in-san-francisco/

Also Gen. Michael Hayden, the former CIA director contacted Epoch times at 7:00 am and here is the article

Ex-spy Chief: White House Ignores Elephant in the Room
Gen. Michael Hayden says focus on Middle East causes US to overlook China threat

http://www.theepochtimes.com/n3/2055006-ex-spy-chief-white-house-ignores-elephant-in-the-room/

This video shows how Chinese Communist Party interfere with HongKong freedom of election.

Rare Footage of Former China Leader Jiang Zemin Freak Out (With English Subs!)

https://www.youtube.com/watch?v=5GjI2BVJS2A

Thanks

hong

>>>>>>>>>>>

Good afternoon, I am writing to you to about the story behind Trump Tower, report the dishonesty of Trump over national security vs his own family profits, Obama, Rudy Giuliani, Debbie Wasserman Schultz with Trump tower Chinese ads CEO , etc.

On Mon, Jun 20, 2016 at 5:55 AM , I wrote an email to Trump titled "Please help investigate : Your daughter Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch, is a Chinese Top level spy (The general political department), " to ask him to investigate Wendi Deng, based on report she was a top Chinese Spy ( email will forward to you separately), it was sent using my another email account).

He did not reply, instead, one big thing happened on 6/20 morning, his campaign manger got fired 8:30 am, media reported that Ivanka Trump played role in campaign manager's firing. Lewandowski had sought to plant negative stories about her husband, Jared Kushner.

On Jun 23, I wrote him another email titled "Re: Lying Crooked Hillary ", describe possible lie of Hillary Clinton on Wang lijun visited Cheng Du USA consulate issue related to Genocide and Forced Organ harvesting in China. This time trump politely responded ( email will forward to you separately), it was sent using my another email account).

I was wondering why Lewandowski had sought to plant negative stories about her husband, Jared Kushner. Why Trump did not response on investigate Wendi Deng, a top level Chinese Spy. This is a serious issue.

So I went on to do more research, and here is what I found out this report :

Trump Tower Funded by Rich Chinese Who Invest Cash for Visas

http://www.bloomberg.com/politics/articles/2016-03-07/trump-tower-financed-by-rich-chinese-who-invest-cash-for-visas

Trump Bay Street is a 50-story luxury rental apartment building being built by Kushner Companies, whose chief executive officer, Jared Kushner, is married to Trump's daughter Ivanka. The firm that was hired to seek investors, US Immigration Fund, is run by Florida developer Nicholas Mastroianni, who announced a partnership last year with a Trump golf course in Jupiter, Florida.

The visa program is known as EB-5. In exchange for investing at least $500,000 in a project promising to create jobs, foreigners receive a two-year visa with a good chance of obtaining permanent residency for them and their families.

I went on to do more research, and find out that US Immigration Fund ( Chinese name 美国移民基金 ) has a Chinese partner in China called qiaowai (侨外)to do advertising for Trump's program and other programs in China. qiaowai (侨外) is almost rank No 1 in EB-5 projects in China. In the QiaoWai website, it stated Kushner 88 Trump Bay Street project, started 2013, is the only one that I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012. And it also stated that it has good relationship with Democracy party supporting from Obama, Debbie Wasserman -Schultz and Ron Klein . This is Kushner 88 Trump Bay Street project QiaoWai website link http://www.qiaowai.net/zhuanti/xzv . You could also see QiaoWai CEO dingyingwikan picture with president Obama .Chinese reports said it is Rudy Giuliani made QiaoWai succeed in USA http://www.qiaowai.net/mtbd/16820.html

CNN also has another report : Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/

Trump's spokespeople did not respond to a request for comment about his views on the EB-5 visa program or its use in this project. However, a Trump spokesperson did tell Bloomberg that "This was a highly successful license deal but [Trump] is not a partner in the financing of the development." Kushner Companies defended the use of the visas to raise cash." "The money was raised lawfully . ... consistent with all the requirements of EB-5," said its statement to CNN. "This program enabled a development that created hundreds of new jobs in an area with employment needs."

Without Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ? he obviously did not mention his Chinese partner QiaoWai at all !

Throughout his presidential campaign, Donald Trump has attacked China and warned about the dangers of deficient immigrant screening . However, Trump Never mentioned EB-5 in any of his proposal, which is very controversial especially in terms of security, and will be end in September 30 this year. EB5 I-526 could be approved within several days up to 6 months, there is no way to do background checks in such small time frame, which is why EB-5 is controversial and is a national security issue. I was so surprised to find out that Trump did not push investigation on Wendi Deng, who is best friend of his daughter Ivanka Trump for such a big national security issue. I am very worried about those immigrants in Trump Tower. I strongly request background check for all of them.

This I am really question on Trump's eligibility as presidential candidate. He put his family profit and interest in front of national security. I am afraid he would even sell USA freedom for his own profit.

In addition, as in "Trump Tower Funded by Rich Chinese Who Invest Cash for Visas report", Kushner Companies is a New Jersey-based real estate firm built by Kushner's father Charles, a former rainmaker in New Jersey Democratic politics who pleaded guilty to a federal campaign finance violation, filing false tax returns as well as attempts to silence a witness. Charles was sentenced in 2005 to a prison term of two years. He remains active in the company. Jersey City is the first and, so far, only Trump project for the company .

Thank you so much for your attention to this matter.

Sincerely

Hong

P.S.

QiaoWai CEO with Obama

https://www.dropbox.com/s/86zrmez2wx0h35/qiaowaiCEO.jpg?dl=0

QiaoWai CEO with Rudy Giuliani

https://www.dropbox.com/s/svei1xfzwoxpotl/QiaoWaiCEOdirgying_rudygiuliani.jpg?dl=0

(Below are copies from Trump Building Ads in QiaoWai http://www.qiaowai.net/zhuanti/zcv/ )

QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman -Schultz and Ron Klein.

https://www.dropbox.com/s/64fqtsomlqkm3vt/QiaoWai_TrumpAdsPag1.png?dl=0

QiaoWai ads for Trump Tower shows I-526 ( for EB-5 Visa) got urgent approved due to Hurricane Sandy in 2012

https://www.dropbox.com/s/lwq9hgw9nesifrw3/QiaoWaiTrumpbuildingAds_I526_Sandy_urgentApproval.png?dl=0

Trump NJ Tower Chinese Ads



QiaoWai CEO with Obama and Rudy Giuliani

Gmail - FYI Subject: Report EB5 Cheating of QiaoWai for Kushner Company, KABR and U...

https://mail.google.com/mail/u/0/?ui=2&ik=43e3684f63&view=pt&search=inbox&msg=15...





QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman -Schultz and Ron Klein.



QiaoWai ads for Trump Tower shows i-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012

Sent from my iPhone





hellen wang <hellenwang2016@gmail.com>

**FYI Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi Deng top Spy Fwd: More information about QiaoWai, US Immigration Fund also report Wendi Deng to homeland Security**

**hellen wang** <hellenwang2016@gmail.com>    Sun, Dec 18, 2016 at 5:46 PM
To: hellen wang <hellen.wang2016@gmail.com>

**From:** Hong Wang <hong.wang1@oh-oca.org>
**Date:** September 18, 2016 at 5:32:35 PM EDT
**To:** ecampaign@gop.com
**Cc:** "Walls, Jesse" <Jesse.Walls@mail.house.gov>, info@speakerryan.com
**Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi Deng top Spy Fwd: More information about QiaoWai, US Immigration Fund also report Wendi Deng to homeland Security**

Dear Sharon Day and Reince Priebus

Good afternoon

This is the email I reported to Congress, CIA, etc but I just found out that your office email address were wrong.

It is related to Trump New Jersey Bay Street tower Rich Chinese EB5 urgent approved due to Hurricane Sandy with Support of Debbie Wasserman and Obama . Also Trump daughter best friend Wendi Deng is a top Chinese Spy.

thank you.

hong

--------- Forwarded message ---------
**From:** Hong Wang
**Date:** Sat, Sep 3, 2016 at 7:19 PM
**Subject:** More information about QiaoWai, American Immigration Fund also report Wendi Deng to homeland Security

Dear Sec, Homeland Security and Congress

Here is one report from Homeland Security investigation on INS Alejandro Mayorkas interrupted EB5 approval , time is from Sept 2012, to 3/24/2015. This exactly cover the time when Trump Bay Street EB5 was urgent approved due to Hurricane Sandy | Based on media, this report should have 99 pages.

http://abcnews.go.com/US/top-homeland-official-alejandro-mayorkas-accused-political-favoritism/story?id=29868429

In this DHS media article,  it also mentioned Harry Reid together with Alejandro Mayorkas interrupt EB5 visa approval process. Based on QiaoWai web description ( QiaoWai1.jpg attachment), Brett Ashcroft-Green, who in charge of American Immigration Fund China part, used to be a staff of Harry Reid.

Based on QiaoWai website , it has a lot of EB5 investments in US, such as w57 Manhattan, time square board way1568, etc. Supporters to QiaoWai not only from Obama, Rudy Giuliani but also from New York Governor David Peterson, Pete Grannis , Formal New York Mayor Bloomberg, etc http://www.qiaowai.net/cyprus/jpd/fz2013 /0820/6054.html ( QiaoWai2.jpg). QiaoWai have a lot of other partners such as Charles Gargano http://www.qiaowai.net/zhuanti/701tsq_2/ ( attachment QiaoWai_CharlesGargano.jpg )

During interview with QiaoWai CEO , she claimed that QiaoWai EB5 could be approved in 3 days. ( See attachment 3days.jpg)

I also formally report Wendi Deng , Ivaka's best friend as Chinese Spy to homeland Security and congress as well. This was reported to state department, FBI and INS. **See** email below.

The strange thing is, Trump campaign manager fired on the same day when he got my email to report Wendi Deng as Spy on June. However, Ivanka still vacation with her on August.

I strongly suggest SEC, Congress and Homeland Security to investigate on QiaoWai, American Immigration Fund EB5 money usage. I suspect they were illegally used for campaign since this year is Congress and Presidential election year.

thanks

hong

Brett Ashcroft-Green, who in charge of American Immigration Fund China part, used to be a staff of Harry Reid

Gmail - FYI.Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...

https://mail.google.com/mail/u/0/?ui=2&ik=43e3684fe3&view=pt&search=inbox&msg=15...



New York Governor David Peterson, Pete Grannis , Formal New York Mayor Bloomberg, etc

Gmail - FYI/Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...

https://mail.google.com/mail/u/0/?ui=2&ik=43c3684fe3&view=pt&search=inbox&msg=15...

QiaoWai EB5 could be approved in 3 days.



Charles Gargano and QiaoWai



Gmail - FYI Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...      https://mail.google.com/mail/u/0/?ui=2&ik=43e3684fe3&view=pt&search=inbox&msg=15...



On Fri, Sep 2, 2016 at 1:29 AM, Hong Wang wrote:
Dear SEC and Congress Leaders

Good morning. I am writing to you to report QiaoWai, the Chinese partner of US Immigration Fund ( Chinese name 侨外移民基金 ) Ads ( See Attached) for Trump Bay Street tower Kushner and KABR Company in China cheating on EB5.

This is the Chinese Ads website http://www.qiaowai.net/zhantil/xzcl/

It clearly stated ( as attached picture and below email ) that US Immigration Fund has strong backup from government, gained support from Obama, Debbie Wasserman -Schultz and Ron Klein in person.

Gmail - FYI;Subject: Fwd: National Security of Trump and his Daughter best Wendi...

Case: 2:16-cv-01182-MHW-EPD Doc #: 1-2 Filed: 12/19/16 Page: 69 of 77 PAGEID #: 77

https://mail.google.com/mail/u/0/?ui=2&ik=43e3684fe3&view=pt&search=inbox&msg=15...

7 of 16

It also stated in the ads that it is the only one that fit for urgent approve by INS due to Hurricane Sandy.

In the ads it said that Trump Bay Street tower is luxury apartments, started build from April, 2013, need 24 month ( actually based on report, it is expected to finish in the end of 2016), I am so surprise to know that for a luxury apartment tower which at least take more than 2 years to build, it will help Hurricane Sandy !

is it because it got support from Obama, Debbie Wasserman etc ? I also know QiaoWai has a lot of Ads for US, with great support from Rudy Giuliani. I believe this obviously violated EB5 law and using EB5 cheating Chinese people.

In the following CNN report, Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-vi sas/ both Trump or Kushner did not mention the Chinese Partner QiaoWai and how Chinese connect to them through the Ads in China.

Since Kushner Company is also the major financial support for Trump Campaign based on report , I think it needs to investigate how Kushner company used money.

Information related to Trump tower EB5 and his daughter best friend Wendi Deng ( Chinese Spy and cheating on Greencard ) also be reported to INS, State Department and FBI.

Thank you for your attention.

hong

———— Forwarded message ————
From: Hong Wang
Date: Sun, Aug 28, 2016 at 6:33 PM
Subject: Please help investigate EB5 for Trump NJ tower with Hurricane Sandy ? ;Re: Report wendi Deng cheating on INS for greencard Fwd: The story behind Trump Tower,
Obama, Rudy Giuliani, Debbie Wasserman and National Security Ivanka best friend Wendi Deng Chinese Spy

Dear INS and State Department

Based on below Trump NJ tower Chinese ads( picture attached as well)  http://www.qiaowai.net/zhuanti/xzx/, it clearly stated that Trump NJ tower EB5 is the only EB5 urgently approved due to Hurricane Sandy . Why his tower EB5 is the only one urgently approved due to Hurricane Sandy ? It take years to build that tower when Hurricane Sandy already gone !

is it because it got help from Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ?

Need INS to check this issue, especially as I just reported that Ivaka Trump's best friend Wendi Deng cheated INS for greencard and she is a Chinese Spy based on reports.
So it is national security why Trump NJ tower Rich Chinese got EB5 urgent approved by Hurricane Sandy !

Please also forward to FBI for investigation too since this is related to national security. Trump is presidential candidate and he obviously did not mention his NJ tower EB5 urgent approved due to Hurricane Sandy with support of Obama in any of his public speech. http://money.cnn.com/2016/03/08/news/companies/donald-trump-wealthy-chinese-visas/ why he hide this information ?!

thanks

hong

On Sun, Aug 28, 2016 at 3:47 PM, Hong Wang wrote:

Dear INS

Good afternoon, The following email has been sent to Trump for two months ago , I still saw his daughter Ivaka vacation with Wendi Deng, the Chinese Spy who cheated INS to got her green card years ago http://www.vanityfair.com/news/2016/08/ivanka-trump-wendi-deng-vacation

So I decide to report to INS directly here.

Please help investigate, Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level spy (The general political department),with close relationship of Zeng qinghong. She violated USA INS law on Green Card that she only stayed with her 1st husband for 5 month, even though she divorced at 2 years and 7 month. She stayed at mean time with David Warif, who paid her Yale tuition. Where the money came from since David Warif is not wealthy at all and only work for a Chinese company? You should investigate on her first ! using google 邓文迪, 闫谍 and you will see a lot of reports, using google translator to know more on her.

Here is one English report: Rupert Murdoch Divorces Wendi Deng after Chinese Communist Party Spy Revelation http://www.visiontimes.com/2013/12/09/rupert-murdoch-divorces-wendi-deng-after-chinese-communist-party-spy-revelation.html

Here are one of Chinese report:    http://www.aboluowang.com/2013/0619/313801.html

Chinese communist party is always try to interfere freedom in USA, Please see this report as well:

Beijing-by-the-Bay: Rose Pak and China's Hidden Influence in San Francisco

http://www.theepochtimes.com/n3/2093931-beijing-by-the-bay-rose-pak-and-chinas-hidden-influence-in-san-francisco/

Also Gen. Michael Hayden, the formal CIA director contacted Epoch times at 7:00 am and here is the article

Ex-spy Chief: White House Ignores Elephant in the Room Gen. Michael Hayden says focus on Middle East causes US to overlook China threat

http://www.theepochtimes.com/n3/2055006-ex-spy-chief-white-house-ignores-elephant-in-the-room/

This video shows how Chinese Communist Party interfere with HongKong freedom of election.

Rare Footage of Former China Leader Jiang Zemin Freak Out (With English Subs!)

https://www.youtube.com/watch?v=5GJj2BVJS2A

Thanks

hong

Good morning, I am writing to you to about the story behind Trump Tower, report the dishonestly of Trump over national security vs his own family profits, Obama, Rudy Giuliani, Debbie Wasserman relationship with Trump tower Chinese ads CEO , etc.

On Mon, Jun 20, 2016 at 5:55 AM , I wrote an email to Trump titled "Please help investigate : Your daughter Ivanka Trump's best friend, Wendi Deng, ex-wife of Rupert Murdoch , is a Chinese Top level spy (The general political department)," to ask him to investigate Wendi Deng, based on report she was a top Chinese Spy.

He did not reply, instead, one big thing happened on 6/20 morning, his campaign manger got fired 8:30 am, media reported that Ivanka Trump played role in campaign manager's firing. Lewandowski had sought to plant negative stories about her husband, Jared Kushner.

On Jun 23, I wrote him another email titled " Re: Lying Crooked Hillary ", describe possible lie of Hillary Clinton on Wang Jijun visited Cheng Du USA consulate issue related to Genocide and Forced Organ harvesting in China. This time trump politely responded ( email will forward to you separately, it was sent using my another email account).

I was wondering why Lewandowski had sought to plant negative stories about her husband, Jared Kushner. Why Trump did not response on investigate Wendi Deng, a top level Chinese Spy. This is a serious issue.

So I went on to do more research, and here is what I found out this report :

Trump Tower Funded by Rich Chinese Who Invest Cash for Visas

http://www.bloomberg.com/politics/articles/2016-03-07/trump-tower-financed-by-rich-chinese-who-invest-cash-for-visas

Trump Bay Street is a 50-story luxury rental apartment building being built by Kushner Companies, whose chief executive officer, Jared Kushner, is married to Trump's daughter Ivanka. The firm that was hired to seek investors, US Immigration Fund, is run by Florida developer Nicholas Mastroianni, who announced a partnership last year with a Trump golf course in Jupiter, Florida.

The visa program is known as EB-5. In exchange for investing at least $500,000 in a project promising to create jobs, foreigners receive a two-year visa with a good chance of obtaining permanent residency for them and their families.

I went on to do more research, and find out that US Immigration Fund ( Chinese name 美国移民基金 ) has a Chinese partner in China called qiaowai (侨外)to do advertising for Trump's program and other programs in China. qiaowai (侨外) is almost rank No 1 in EB-5 projects in China. **In the QiaoWai website, it stated Kushner 88 Trump Bay Street project, started 2013, is the only one that I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012. And it also stated that it has good relationship with Democracy party supporting from Obama, Debbie Wasserman -Schultz and Ron Klein .** This is Kushner 88 Trump Bay Street project QiaoWai website link http://www.qiaowai.net/zhuanti/xzol/ . You could also see QiaoWai CEO dingyingWian picture with president Obama ,Chinese reports said it is Rudy Giuliani made QiaoWai succeed in USA. http://www.qiaowai.net/mtbd/16820.html

CNN also has another report : Trump tower's Chinese investors buy a path to U.S. citizenship http://money.cnn.com/2016/03/08/news/companies/donald-trump-weathy-chinese-visas/

Trump's spokespeople did not respond to a request for comment about his views on the EB-5 visa program or its use in this project. However, a Trump spokesperson did tell Bloomberg that "This was a highly successful license deal but [Trump] is not a partner in the financing of the development." Kushner Companies defended the use of the visas to raise cash. "The money was raised lawfully ... consistent with all the requirements of EB-5," said its statement to CNN. "This program enabled a development that created hundreds of new jobs in an area with employment needs."

**Without Obama, Debbie Wasserman Support, does Trump could get his EB5 urgently approved due to Hurricane Sandy ? He obviously did not mention his Chinese partner QiaoWai at all !**

Throughout his presidential campaign, Donald Trump has attacked China and warned about the dangers of deficient immigrant screening. However, Trump Never mentioned EB-5 in any of his proposal, which is very controversial especially in terms of security, and will be end in September 30 this year. EB5 I-526 could be approved within several days up to 6 months, there is no way to do background checks in such small time frame, which is why EB-5 is controversial and is a national security issue. I was so surprised to find out that Trump did not push investigation on Wendi Deng, who is best friend of his daughter Ivanka Trump for such a big national security issue. I am very worried about those immigrants in Trump Tower. I strongly request background check for all of them.

Thus, I am really question on Trump's eligibility as presidential candidate. He put his family profit and interest in front of national security. I am afraid he would even sell USA freedom for his own profit.

In addition, as in "Trump Tower Funded by Rich Chinese Who Invest Cash for Visas report", Kushner Companies is a New Jersey-based real estate firm built by Kushner's

father Charles, a former rainmaker in New Jersey Democratic politics who pleaded guilty to a federal campaign finance violation, filing false tax returns as well as attempts to silence a witness. Charles was sentenced in 2005 to a prison term of two years. He remains active in the company. Jersey City is the first and, so far, only Trump project for the company.

Thank you so much for your attention to this matter.

Sincerely

Hong

P.S.

QiaoWai CEO with Obama

https://www.dropbox.com/s/a6zrmzz2wvx0h35/qiaowaiCEO.jpg?dl=0

QiaoWai CEO with Rudy Giuliani

https://www.dropbox.com/s/svei1xfzwxopdti/QiaoWaiCEOdingying_rudygiuliani.jpg?dl=0

(Below are copies from Trump Building Ads in QiaoWai http://www.qiaowai.net/zhuanti/xzw/ )

QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman-Schultz and Ron Klein.

https://www.dropbox.com/s/64fqtsomjkm3dv/QiaoWai_TrumpAdsPag1.png?dl=0

QiaoWai ads for Trump Tower shows I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012

https://www.dropbox.com/s/lwq9hgw9nesinw3/QiaoWaiTrumpbuildingAds_I526_Sandy_urgentApproval.png?dl=0

Trump NJ Tower Chinese Ads

11 of 16

Case: 2:16-cv-01182-MHW-EPD Doc #: 1-2 Filed: 12/19/16 Page: 73 of 77 PAGEID #: 81

Gmail - FYI Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...

https://mail.google.com/mail/u/0/?ui=2&ik=43e3684fe3&view=pt&search=inbox&msg=15...



Kushner88新泽西全景公寓项目

QiaoWei CEO with Obama and Rudy Giuliani



Gmail - FYI Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...

https://mail.google.com/mail/u/0/?ui=2&ik=43c3684fc3&view=pt&search=inbox&msg=15...



QiaoWai ads for Trump Tower shows support from Obama, Debbie Wasserman -Schultz and Ron Klein.

Case: 2:16-cv-01182-MHW-EPD Doc #: 1-2 Filed: 12/19/16 Page: 76 of 77 PAGEID #: 84

Gmail - FYI Subject: Fwd: National Security of Trump and his Daughter best Friend Wendi...

https://mail.google.com/mail/u/0/?ui=2&ik=43c36894f63&view=pt&search=inbox&msg=15...



QiaoWei ads for Trump Tower shows I-526 ( for EB-5 visa) got urgent approved due to Hurricane Sandy in 2012

