## Three Simple Ways to Start Learning:

1. Stop by a local practice site to learn the Falun Gong exercises. All Falun Gong exercise instructions are free of charge.

2. Read the teachings online: www.FalunDafa.org.

3. Learn the exercises from the Falun Dafa exercise instruction video and watch the 9-session lecture given by Mr. Li Hongzhi, the founder of Falun Dafa.



## The Five Exercises of Falun Dafa:



### 1. Buddha Displaying a Thousand Hands
Using gentle stretching movements, the first exercise opens all of the body's energy channels, creating a powerful energy field.

### 2. Falun Standing Stance
Comprised of four still positions that can be held for several minutes each, the second exercise boosts energy levels and awakens wisdom.

### 3. Penetrating the Two Extremes
With its gentle hand-gliding movements, the third exercise purifies the body using energy from the cosmos.

### 4. Falun Cosmic Circuit
By gently tracing the hands over the body, front and back, the fourth exercise rectifies abnormal conditions in the body and circulates energy.

### 5. Strengthening Higher Abilities
A meditation that incorporates special mudra and hand positions to refine body and mind, the fifth exercise strengthens higher abilities and energy.



Falun Gong: The fifth exercise, a sitting meditation.

## The Teachings of Falun Dafa:

The book Zhuan Falun (Revolving the Law Wheel) by Mr. Li Hongzhi is the most comprehensive and essential set of teachings in the practice.

Falun Gong is an introductory text recommended for beginners. These and other works have been translated into thirty-eight languages.

All of Mr. Li's writings, as well as video instructions of Falun Dafa's exercises, can be downloaded for free at: www.Falundafa.org

Books can also be purchased online by visiting www.Tiantibooks.org
Tel: +1 201 897 8788



© All Rights Reserved. Falundafa.org

# Falun Gong

法輪大法

Truthfulness
Compassion
Forbearance



www.falundafa.org

Falun Gong (also known as Falun Dafa) is taught free of charge. No membership or initiation, no rituals or obligations.

## An Ancient Practice for A Modern Age

### What Practicing Falun Gong Means to Me

> *Falun Gong gives me the knowledge and wisdom to be a better son, husband and friend. It allows me to make the right choices even in difficult circumstances.*
> Nick, Phoenix

> *Falun Gong lifted my depression dramatically.*
> Tysan, New York

> *I used to suffer from chronic angina and gastroenteritis, but they completely disappeared once I started practicing Falun Gong.*
> Connie, London

> *Pretty much everyone in Beijing knew somebody who had tried it and benefitted, physically or psychologically.*
> Zhao Ming, former Beijing resident

True health comes from cultivating both mind and body.

> Falun Gong is, in my judgement, the greatest single spiritual movement in Asia today. There is nothing that begins to compare with it in courage and importance.
>
> Mark Palmer, former U.S. Ambassador to Hungary and Vice Chairman of Freedom House

### Millions Wrongly Persecuted in China Even Today

- 100 million people were practicing Falun Gong when the persecution began in 1999.
- Millions of Chinese people have since been abducted, imprisoned, tortured, fired from jobs, expelled from school, or forced into homelessness because they practice Falun Gong.
- Over 80,000 cases of torture have been recorded on www.minghui.org.
- Thousands have been killed.

### Two Simple Things You Can Do to Help:

- Give this flyer to someone you know.
- Sign a petition at fofg.org.