## 17 Years of Persecution

**Falun Gong (also called Falun Dafa)** is an ancient mind and body practice that consists of moral teachings and meditation exercises. Practitioners strive to live by the principles of Truthfulness, Compassion and Tolerance.

Visit: www.falundafa.org

Because of its tremendous health benefits, Falun Gong became hugely popular in China in just seven short years since its introduction to the public with 100 million people practicing by 1999, outnumbering Communist Party members. Fearing Falun Gong's growing popularity, on July 20, 1999, former Communist Party leader Jiang Zemin ordered the persecution to "eradicate" Falun Gong.



Painting by Qing Xin: Determination under Persecution

## 17 Years of Torture

Innocent people around the world have unknowingly become complicit in this crime. **Patients** who were promised fresh organs in weeks fly to China for transplants. Western **hospitals and universities** train Chinese surgeons who go back to China to harvest organs from prisoners of conscience. **Pharmaceutical companies** perform clinical trials and profit from anti-rejection drugs in China.



Screenshot Epoch Times via Sohu.com

## China's Transplant Industry Built on Mass Murder of Falun Gong

Painting by Dong Xinjiang: Organ Crimes

In 2006, former Canadian Secretary of State David Kilgour and human rights lawyer, David Matas concluded: "We believe that there has been and continues today to be large scale organ seizures from unwilling Falun Gong practitioners." *Bloody Harvest* was published in 2009.



"Mass murder is alive and well," from the foreword of *The Slaughter*, by China analyst Ethan Gutmann.

## "Mass Killing of Innocents"



## An Update to 'Bloody Harvest' & 'The Slaughter'

**June 2016**: Based on a meticulous examination of transplant programs from hundreds of hospitals in China, drawing on media reports, official propaganda, medical journals, hospital websites and deleted websites found in archive, researchers estimate that as many as 1.5 million organ transplants have taken place in China since the year 2000 and the primary source of these organs is Falun Gong practitioners who were killed in the process.

Visit: EndOrganPillaging.org/An-Update

## "A New Form of Genocide"

# STOP Organ Pillaging from Falun Gong

## Prisoners of Conscience in China



Cornea $30,000*
Lung $150,000 – $170,000*
Kidney $62,000*
Heart $130,000 – $160,000*
Liver $98,000 – $130,000*

*Fees advertised on China International Transplant Network Assistance Center website, deleted after 2006, archived: web.archive.org/web/20060622145018/en.zoukiishoku.com/list/cost.htm

### Killed for Their Belief

## International Actions

**Jun. 2016:** The U.S. House of Representatives passes H.Res.343.

**May 2016:** Minnesota Senate passes resolution (SF 2090) to take measures to ban the entry of participants of illegal removal of human tissues and organs, and seek prosecution of such individuals should they be found in Minnesota.

**Jun. 2015:** Taiwan implements new transplant law to ban organ trafficking and restrict traveling to China for transplant purposes.

**Mar. 2015:** Italian Senate passes bill to confront unethical organ harvesting.

**Nov. 2014:** Canadian Parliamentary Committee passes motion condemning China's practice of forced organ harvesting.

**Oct. 2014:** Pennsylvania General Assembly passes H.Res.1052 to help bring awareness of unethical organ harvesting.

**Feb. 2014:** Illinois House of Representatives passes H.Res.730 condemning forced organ harvesting in China.

**Dec. 2013:** The European Parliament passes a resolution calling for extensive action to end China's unethical organ procurement practice.

**Nov. 2009:** Spanish Penal Code punishes individuals engaging in transplant tourism and organ brokering.

**Mar. 2008:** Israel writes an "Organ Transplant Law," bringing transplant tourism between Israel and China to a complete halt.

**Dec. 2006:** Australian transplant hospitals restrict training of surgeons from China.

**Jul. 2006:** Kilgour and Matas publish an independent investigative report on unethical organ harvesting in China.



## U.S. House Resolution 343

Congress condemns state-sanctioned forced organ harvesting in China, calls on China and the Communist Party to end the organ harvesting from Falun Gong and other prisoners of conscience and allow an independent investigation; and encourages the U.S. medical community to help raise awareness of unethical organ transplant practices in China.

## You can help

**Patients:** Do not go to China for organ transplants.

**Doctors:** Pass this flyer to your patients and help them make ethical decisions.

**Hospitals and Medical Schools:** Cease training Chinese surgeons who go back to China to perform forced organ harvesting.

**Pharmaceutical Companies:** Stop performing clinical trials in China.

**General Public:** Spread this information on social media and sign petition to the UN:

www.StopOrganHarvesting.org
www.OrganHarvestInvestigation.net
www.facebook.com/EndOrganPillaging
www.dafoh.org   www.fofg.org
www.faluninfo.net
https://vimeo.com/178642565